Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
Telephone: 602-777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
astein@fgppr.com
Attorneys for Defendant The Travelers Home and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Roman Jr an individual, and Stacy Roman, spouse<br><br>Plaintiffs,<br><br>v.<br><br>The Travelers Home and Marine Insurance Company, et. al, Alan D. Schnitzer, Chief Executive Officer; Brian W. MacLean, President and Chief Operating Officer,<br><br>Defendants. | No.<br><br>No. CV201700334<br>Navajo County Superior Court<br><br>**NOTICE OF REMOVAL OF ACTION; VERIFICATION OF AMY STEIN** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446, Defendant THE TRAVELERS HOME AND MARINE INSURANCE COMPANY ("Travelers") hereby petitions this Court for removal of the state court action, which was originally commenced in the Superior Court of the State of Arizona in and for the County of Navajo, entitled *Jose Roman Jr. and Stacy Roman vs. The Travelers Home and Marine Insurance Company, et al.,* Case No. CV2017-00334, on the following grounds:

1. On or around July 6, 2017, an action was commenced in the Superior Court of Arizona, County of Navajo, entitled *Jose Roman Jr. and Stacy Roman vs. The Travelers Home and Marine Insurance Company, et al.,* Case No. CV2017-00334 (the "State Court Action"). A true and correct copy of the Complaint is attached as **Exhibit 1**.

2. On July 10, 2017, a Summons and the Complaint were served on Travelers through the Director of Insurance, Arizona Department of Insurance. A true and correct copy of the Summons and Notice of Service of Process are attached hereto as **Exhibit 2**.

3. Attached, collectively, as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action: Coversheet and Certificate on Compulsory Arbitration.

4. The thirty-day period for removal does not begin to run until the party has been properly served. See *Murphy Brothers Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999). Thirty days have not elapsed since Travelers received the Summons and Complaint in this action. Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

5. Plaintiffs' Complaint appears to allege causes of action for breach of insurance contract and insurance bad faith against Travelers. *See* **Exhibit 1**. Two individuals are also named in the case caption as Defendants – Alan D. Schnitzer, Travelers Chief Executive Officer and Brian W. MacLean, Travelers President and Chief Operating Officer – but there are no allegations in the Complaint, which mention these individuals, either by name or role, or allege any conduct on their part, individually, whether or not relevant to the claims asserted. Mr. Schnitzer and Mr. MacLean are both residents of Connecticut and neither has been served with Plaintiffs' Complaint.

## VENUE

6. Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court as the district and division within which the State Court Action was brought.

## JURISDICTION

7. Under 28 U.S.C. § 1441, Congress has granted defendants the statutory right to remove a case from state court to a United States District Court where that case could have originally been filed in federal court. This grant is authorized by Article III, Section 2 of the United States Constitution, which extends judicial power of the federal courts to controversies "between citizens of different states." 28 U.S.C §1332.

1.     8.    Removal is proper in this case because the Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  See 28 U.S.C. § 1441.

## AMOUNT IN CONTROVERSY

9.    The amount in controversy exceeds $75,000, exclusive of interest and costs. Pursuant to Plaintiffs' Complaint, page 12, line 25 through page 13, line 1, Plaintiffs seek "the total principal amount of $77,763.03." (*See* **Exhibit 1**, Complaint, pages 12–13).

10.    Travelers does not concede that it is guilty of any conduct that would warrant the imposition of any of the damages alleged by Plaintiffs or that the claimed damages were causally related to the conduct alleged against it, but based on the foregoing, Travelers believes that the evidence shows that the amount in controversy with respect to Plaintiffs is in excess of $75,000.00.

## GEOGRAPHICAL DIVERSITY

11.    Upon information and belief, Plaintiffs are citizens of Arizona. *See* **Exhibit 1**, Complaint, page 2, lines 15-16 and page 4, lines 23-25 (The Roman Family Home located in Harquahala Valley or Tonopah, Arizona), page 2, paragraph 4 (Plaintiffs were displaced from the home), page 3, paragraph 7 and page 7, lines 6-13 (Plaintiffs replaced the home with a new home in Snoflake, Navajo County, Arizona), and exhibit 10 to Complaint (Plaintiff Jose Roman's return address in Kingman, Arizona as of May 2017.)

12.    Travelers is an insurance company organized and existing under the laws of the State of Connecticut with its principal place of business in the State of Connecticut.

13.    This case meets the requirements for original jurisdiction in this Court stemming from diversity of citizenship as set forth in 28 U.S.C. § 1332(a).

## REMOVAL IS PROPER

14.    This Notice of Removal is timely filed because it was filed within thirty days after receipt of the Summons and Complaint by Travelers and is filed within one year of the filing of the Complaint.  28 U.S.C. § 1446(b).

15. Travelers will also timely file a Notice of Removed Action with the Clerk of the Navajo County Superior Court.

16. Travelers is providing written notice to Plaintiff. 28 U.S.C. § 1446(d).

17. The individually named defendants' consent to removal is not required because neither of the individually named defendants has been served with the Complaint. 28 U.S.C. § 1446(b)(2)(A), *Cachet Residential Builders, Inc. v. Gemini Insurance Co.*, 547 F. Supp. 2d 1028 (D. Ariz. 2007)(general rule that all defendants must consent to removal of a state action to federal court applies only to defendants properly joined and served in the action). This is true even if unserved defendants have notice of the complaint. *Id., Murphy Bros. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999).

18. Travelers reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Travelers hereby requests that the action now pending against it in the Superior Court of the State of Arizona, in and for the County of Navajo, be removed to this Court.

DATED this 27th day of July, 2017.

                          FORAN GLENNON PALANDECH
                          PONZI & RUDLOFF PC

                          By: *s/ Amy L. Stein*
                                Amy M. Samberg
                                Amy L. Stein
                                1 East Washington Street, Suite 500
                                Phoenix, Arizona 85004
                                Attorneys for Defendant The Travelers
                                Home and Marine Insurance Company

## VERIFICATION OF AMY STEIN

I, Amy Stein, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a partner with the law firm of Foran Glennon Palandech Ponzi & Rudloff, P.C., counsel of record for Defendant The Travelers Home and Marine Insurance Company.

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to L.R. Civ. P. 3.6 and Fed. R. Civ. P. 11.

3. Attached as **Exhibit 1** is a true and correct copy of the Complaint originally filed in the Superior Court of the State of Arizona, in and for the County of Navajo, entitled *Jose and Stacy Roman v The Travelers Home and Marine Insurance Company*, Case No. CV201700334 (the "State Court Action.")

4. Attached as **Exhibit 2** are true and correct copies of the Summons directed to Travelers in care of the Director of Insurance, Arizona Department of Insurance and the Notice of Service of Process.

5. Attached collectively as **Exhibit 3** are copies of all other process, pleadings, and orders filed in the State Court Action:   Coversheet and Certificate on Compulsory Arbitration.

6. Attached as **Exhibit 4** is a true and correct copy of the Notice of Removed Action filed with the Clerk of the Navajo County Superior Court, Case No. CV201700334.

7. The amount in controversy exceeds $75,000, exclusive of interest and costs. Pursuant to Plaintiffs' Complaint, page 12, line 25 through page 13, line 1, Plaintiffs seek "the total principal amount of $77,763.03." (See **Exhibit 1,** Complaint, pages 12–13).

I verify that the foregoing is true and correct.

. . .

. . .

. . .

. . .

- 5 -

Executed this 27th day of July, 2017, at Phoenix, Arizona

                                     FORAN GLENNON PALANDECH
                                     PONZI & RUDLOFF, PC.

                             By: *s/ Amy L. Stein*            .
                                  Amy M. Samberg
                                  Amy L. Stein
                                  1 East Washington Street, Suite 500
                                  Phoenix, Arizona 85004
                                  Attorneys for Defendant The Travelers
                                  Home and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jose Roman, Jr.
ASPC Kingman Huachuca Unit
PO Box 6639
Kingman, AZ  86402
Pro Per Plaintiff

Stacy Roman
PO Box 813
Snowflake, AZ  85937
Pro Per Plaintiff

/s/      *Brenda Uran*