# Exhibit 1

1
2
3

Jose Roman, JR 298678
ASPC Kingman Huachuca Unit
PO Box 6639
Kingman, AZ 86402

CONFORMED
COPY OF ORIGINAL FILING

JUL 06 2017

NAVAJO COUNTY SUPERIOR COURT
DEANNE M. ROMO, CLERK

4
5
6
7

Stacy Roman
PO Box 813
Snowflake AZ 85937
(928) 229-0109
email: josty612@yahoo.com

8

# SUPERIOR COURT OF ARIZONA

9

# IN AND FOR THE COUNTY OF NAVAJO

10
11

**JOSE ROMAN JR an individual,**                    ) Case No.: CV 201700334

12

**AND**

13

**STACY ROMAN, spouse**

14

    **Plaintiffs,**                               **COMPLAINT**

15

**vs.**

16
17

**THE TRAVELERS HOME AND MARINE**

18

**INSURANCE COMPANY, et.al,**

19

**Alan D. Schnitzer, Chief Executive Officer;**

20

**Brian W. MacLean, President and Chief**

21

**Operating Officer**

22
23

    **Defendants.**

24

25
26
27
28

    Comes now the Plaintiffs Jose Roman Jr. and Stacy Roman, husband and wife, both in

pro se for their cause of action against the Defendant,  The Travelers Home and Marine

Complaint- 1

Insurance; Alan D. Schnitzer, Chief Executive Officer; and Brian W. MacLean, President and Chief Operating Officer, hereby states and alleges as follows:

## GENERAL ALLEGATIONS

1.  The Defendant is not a foreign corporation pursuant to ARS Title 10 Corporation.

2.  The Defendant may or may not be authorized to conduct insurance business pursuant to ARS Title 20 Insurance and if so is required to adhere to Insurance Regulations.

3.  The Defendant is not authorized conduct business within the state of Arizona yet in doing so issued the Plaintiff, Jose Roman JR., Homeowners Insurance Policy No. 0B2428984963556633I for Real Property, The Roman Family Home located at 47937 W. Portland St. Tonopah, Arizona 85354.

4.     The Defendant failed to pay the plaintiffs for emergency immediate living-rental home expenses as a result of being displaced from their home which was destroyed by fire and likewise never paid for subsequent month for home rental having a total cost of $24,000.00.

5.     The Defendant failed to pay the Plaintiff for large Animal boarding expenses as a result of being displaced which totaled $12,000.00.

6.    The Defendant inaccurately estimated structural and new construction material items creating a shortage of money in the net actual cash value section which resulted in a loss of approximately $20,000.00 of the initial payment to the Plaintiffs.

7.    The Defendant also owes the Plaintiffs $41,463.03, the outstanding balance from the $122,000.00 Dwelling Policy Limit minus the previously paid net actual cash value sum of $80,236.97 for Plaintiffs replaced the home with a new built home at a cost of $225,000.00 in Navajo County Arizona.

8.    The Defendant was made aware Plaintiff Jose Roman Jr was in custody and was only able to receive Post Cards and no incoming mail and was unable to telephone Defendant due to Jail regulations and Rules.

9.    The Defendant has failed to resolve the Insurance Claims through the years in good faith, effectively, accurately and fairly in what Plaintiff believes to be a violation of ARS 20-461 A.1 and A.2 Unfair Claim [Practice] during these past years while the claim was never satisfied and never closed by the Plaintiffs .

10.    Plaintiffs informed Defendant via U.S. Postal Service Certified Mail of Plaintiff Jose Roman Jr.'s mental and civil disability and rights to additionally commence cause of action which has been pursuing since August 1, 2015 in reference to the l;osses within the open insurance claim pursuant to ARS 12-550 General Limitations and ARS 12-528 Person under Disability and Defendant still would not fairly resolve the insurance claims.

11.     The Defendant failed to resolve Insurance claims. In fact, the cause of action involved the Plaintiff Stacy Romans attempts to resolve said claims at her home and home is the actual replacement home and a major factor within the claim for it is located in Navajo County. For these reasons Superior Court of Arizona in and for Navajo County is the court of venue and has subject matter jurisdiction on this complaint.

12.     The Defendant has discriminated against Plaintiff Jose Roman JR on the basis of being a felon and person having a civil disability. Defendant not once has communicated via mail at the prison where he is housed.

## COMPLAINT

Plaintiff's state that the Defendant, The Travelers Home and Marine Insurance Company issued a Homeowner Policy No. 0B2428984963556633I solely in the name of policy holder Jose Roman JR and in reference to the Roman Family Home located at 47937  Portland St. Tonopah, Arizona 85354.

The home is actually located in Harquahala Valley, however the Post Office which services Harquahala Valley is located in Tonopah, Arizona and for this reason the physical address utilizes the name "Tonopah".

Harquahala Valley is a remote area of the far west unincorporated area of Maricopa County. In addition, the above listed home has been recorded since 2004 in the Maricopa County Recorder's and Assessor's Office as jointly owned by Jose Roman JR and Stacy Roman, a married couple.

On July 6, 2013 the above listed home was destroyed by fire. The home was no longer in a livable condition. For this reason the Plaintiffs family and large animals became displaced so they had to rent a home and board their large animals.

Plaintiff Jose Roman JR at the time was in custody on sex crime allegations. Due to the nature of the crimes, he was housed in Protective Custody Segregation. For Segregation reasons and per Jail Policy Restrictions, he was unable to make outgoing telephone calls to Defendant and was unable to receive envelope mail. For these reasons he was unable to communicate with the defendant to file the fire insurance claim and resolve it to the point of closure. Stacy Roman acted in the capacity of Power of Attorney and in doing so filed the Homeowner Insurance Fire Claim per the Plaintiff Jose Roman JRs request.

Plaintiff's state that on July 13, 2013, Defendants Technical Specialist Burke Woosley met with Stacy Roman and performed an on-site Fire Damage Assessment. The Assessment included his documentation of structure measurements and photographs that were later used to create a floor plan, a roof plan and an itemized list of structural and non-structural construction related losses (Exhibit 1 Itemized List and Plans). In addition, exhibit 1 lists estimate costs and the Insurance claim numbers U7X9609001H and 292FRU7X9609K.

Defendant paid the Plaintiff's with an initial sum of money in the amount of $80,236.97. This sum of money was referred to in Exhibit 1 as the Net Actual Cash Value of Loss which in a July 15, 2013 letter from Defendant reads, "Dear Jose Roman" "I have inspected the damages as reported in your recent claim. The actual cash value of the loss has been calculated as indicated below. We recommend that you show our estimate to your contractor so that any difference can be resolved prior to the repairs being started. We may not be able to change our payment if we have not agreed to a change in advance. a copy of our estimate has been sent to you under separate cover."

" Since you have a replacement cost policy we will need a copy of the final bill to pay the depreciation withheld. If you are able to have the repairs done for less than our estimate, the final payment will be based upon the  lower bill. An envelope is enclosed for your use in sending us a copy of the final bill."

Plaintiff's state that the above traveler's letter is a recommendation as stated " we recommend" and not binding upon the plaintiff's. It also never specified a time limit to settle the claim. Plaintiff's decided to replace the fire damaged home with another home, a new built, for they knew very well that the fire damaged home cost $160,000 to build in 2004 and likewise was appraised for the same amount in 2004.

Plaintiff's state when the defendant prepared the homeowner policy their  insurance agent based the policy limit for the structure at $122,000.00 based from comparable home values for the area and the homes square footage. Plaintiff's state that given the homeowner's policy limit

for the structure being $122,000.00 and the Defendant's net actual cash value of loss being $80,236.97 this reveals that $41,763.03 is the remaining balance and should be paid to the Plaintiff's.

Plaintiff's replaced the home after extensive searching for large animal property for pasture reasons with a new built home in Navajo county just outside of the town Snowflake, and within the jurisdiction of superior court of Arizona in and for Navajo county. Having subject matter jurisdiction on this complaint for the new home is a major factor involved in the insurance claim. Plaintiff's state they purchased the new built home in the month of August of 2015 at the cost of $225,000.00, and its physical address is 9070 Old School Bus Trail Snowflake, AZ (See Exhibit 2 Home Replacement Document)

Plaintiff's further state that the Defendants never informed the Plaintiff Stacy Roman of home displacement coverage which is commonly done as a means to provide immediate emergency financial relief for Plaintiff's family's rental home cost and also for boarding of the animals. The home was destroyed by fire on July 6, 2013 and the replacement home closed escrow in the month of August 2015. Therefore 24 months had passed during which time the Plaintiff's beard the cost of $1000.00 per month for rental home and $500.00 per month for animal boarding. The total sum for home rental was $24,000.00 and $12,000.00 for the boarding fees totaling approximately $36,000.00. Plaintiff's state the Defendant owes them this sum.

Plaintiff Jose Roman JR. states that his criminal court proceedings and jail confinement lasted about 19 month (see exhibit 3certified copy of court index). Plaintiff Jose Roman suffers

mental issues from jail custody that further contributed to his mental issue and civil disability. Plaintiff's herein reference the legal definition for it is relevant to this complaint as it pertains to civil disability as listed in <u>Black's Law Dictionary</u> that reads "Civil Disability- the condition of a person who has a legal right or privilege revoked as a result of a criminal convictions".

Plaintiff's state the Honorable Jeffery Rueter of Superior Court of Arizona in and for Maricopa County ordered at sentencing hearing Jose Roman JR. to mental treatment (see exhibit 4, page 15, line 14 excerpt from court transcript). In addition, Kristin Day-Hardwig, PsyD. of Family Transitions provided the court prior to sentencing their Psycho-physiological evaluation and treatment plan. Both of the above corroborate plaintiff Jose Roman JR's disability.

In the month of July 2015, Plaintiff Jose Roman JR's mental condition lessened to the level that he was able to handle his own personal issues, finances, and the open Travelers Insurance claims he had filed in 2013 with the defendant. In 2016 Plaintiff Jose Roman JR. obtained copies of the defendants documents (exhibit 1) and discovered that the defendant's costs estimates were extremely low for the documents failed to list 20 major structural and non-structural items such as the entire roof, beams, posts, and miscellaneous components for the front and rear covered porches, all the exterior walls cement based Harding brand shiplap siding, roof overhang soffits, 2"x6" exterior framed walls (not 2"x4" walls as shown) having 1/2" plywood sheeting on all exterior walls, vaulted ceiling in living room and much, much more. In addition, Plaintiff Jose Roman JR. found 21 errors within the defendants itemized document such as showing the roof slope/pitch to be 4/12 (4" rise per 12') instead of 5/12, fiberglass bath tub kit

instead of ceramic tile and a large oval garden tub, missing laundry room base cabinet and much, much more. These missing items would definitely exceed the policy limit of $122,000.00.

Plaintiff states that the defendant failed to include costs for blue print architectural drawings at approximant cost of $2,000.00 and a reasonable amount of money to cover costs of a building permit which in 2004 was $1,600.00 (see exhibit 1, page 20).

Plaintiff Jose Roman JR. states that he has a Bachelor of Science in Justice Studies and a Minor in Construction Technology. He also has been an Arizona Licensed Contactor since 2005 (see exhibit 5, Arizona Contractor License) and has extensive experience in construction estimating in commercial, residential, and remodeling. Therefore he has the experience to determine that the shortage by the Defendants as referenced above would have caused that the home could not be completed even at the structure policy limit of $122,000.00.

Plaintiff's have no doubt that their decision to replace to fire destroyed home with a new built home was the right choice today after seeing the short fall of money paid by the Defendant. Plaintiff's further state that although they never closed the insurance claims they pursued the claims more aggressively in August of 2016 which is the date they deem as the cause of action against the Defendants.

Plaintiff's state that to additionally support their cause of action, they are entitled to commence action for recovery of real property pursuant to ARS 12-528 B. Person under disability which reads "If a person entitled to commence an action for recovery of real property

or to make any defense founded on the title to real property, is at the time the adverse possession

commences or the title firsts descends in prison, the period of such disability shall exists only

until such imprisoned person discovers the right to bring the action or makes the defense or with

the exercise of reasonable diligence should have discovered the right to bring the action or make

the defense, whichever occurs first, and such person shall have the same time after the disability

ceases to exists which is allowed to others".


Plaintiff further states that pursuant to ARS 12-550 general limitations it reads "Actions

other than for recovery of real property for which no limitation is otherwise prescribed shall be

brought within 4 years after the cause of action accrues and not afterward".


Plaintiff's believe that both Arizona revised statutes 12-528 and 12-550 are relevant in

this complaint along with the fact that Plaintiff's never closed their insurance claim. Plaintiff's

further state Stacy Roman has left several phone messages and Deferent never returned the calls.


Plaintiff Jose Roman JR. sent the Defendant via U.S mail his document that is titled "Jose

Roman Estimate, Itemized List, and Corrected Drawings using Travelers Drawings as templates"

(see exhibit 6).


Plaintiff's state in the month of May 2017, the Plaintiff Jose Roman JR. sent letters and

documents to commence negotiations with the Defendants (see exhibits 1, 6, and  9) having not

resolve. The Plaintiff's sent via U.S Postal Service a letter to Travelers agent Patricia Lafleur at

the address of 2401 W Peoria Ave Suite 120 Phoenix, AZ 85029, for her contact information was

listed on Defendants documents included in exhibit 1. This letter was returned to Plaintiff Jose

Roman JR. by the U.S Postal Service having a yellow label affixed to the envelope as follows:

"Return to sender, attempted-not known, unable to forward". It appears the Travelers office has

closed (see exhibit 9). On April 27th, 2017 Plaintiff sent to the Defendant via certified mailed

(see exhibit 8) in attempt to communicate with a Travelers Insurance Manager, having no

success or resolve.


Plaintiff's believe that Defendant has violated ARS 20-461 A.1 and A.2 unfair claim;

which reads "A person shall not commit or perform with such a frequency to indicate a general

business practice any of the following:

A.1  Not attempting in good faith to effectuate prompt, fair and equitable settlement of

claims in which liability has become reasonably clear.

A.2  Failing to acknowledge and act reasonably and promptly upon communications with

respect to claims arising under an insurance policy.


On May 8th, 2017 Plaintiff's sent another certified letter to Defendant in care of a

Travelers Insurance Manager, again, in an effort to request negotiations to resolve claims. It it

very clear that the Plaintiff's cannot provide names to send correspondents to Defendant for they

don't write responses (see exhibit 10).


Plaintiff's inquired on Travelers Insurance Corporate Status with the Arizona Corporation

Commission. On May 19th, 2017 Plaintiff received a response letter from the Arizona

Corporation Commission. The letter informed that the Travelers Home and Marine Insurance

Company is not an Arizona Corporation nor a Foreign Corporation. It further informs "Corp. was never registered with the State of Arizona. Corp. doesn't exists in Arizona document files". On May 22nd, 2017 Plaintiff forwarded a complaint form to the Arizona Corporation Commission referencing this matter (see exhibit 11). On a May 31st, 2017 Travelers letters it reads that the Standard Fire Insurance Company has made a determination on the insurance claim (see exhibit 12). Plaintiff's state that it's unknown how Standard Fire Insurance Company became involved in this claim and how they were authorized to make such a determination.

Plaintiff's state that the Defendant has discriminated against the Plaintiff Jose Roman JR. for his mental and civil disability and racism as it is obvious that the Plaintiff is Hispanic given the name, Jose Roman JR. This assertion is very noticeable by the failure of the defendant to provide his family with emergency immediate home displacement money for housing needs.

Plaintiff's further state that pursuant to ARS 12-341 the prevailing party shall be entitled to an award of all costs and pursuant to ARS 12-341.01 the prevailing party may be entitled to an award of reasonable attorneys' fees incurred in pursuing this action.

Plaintiff's further state that court costs as actually incurred are chargeable to the Defendant.

Wherefore Plaintiff's respectfully request the court entered judgment against the Defendant as follows:

Complaint- 12

1.    For the total principal amount of $77,763.03;

2.    For Plaintiff's costs and disbursement incurred herein;

3.    For statutory interest rate on interest of the principal amount of $77,763.03 on the amount of the judgment after the judgment is entered; and

4.    Such other and further relief as the court deems just and equitable in the circumstances.

Respectfully submitted this _____5_____day of July, 2017.


_____
Jose Roman JR., Pro Se


_____
Stacy Roman, Pro Se

# TABLE OF CONTENTS

| EXHIBITS | DESCRIPTION |
|---|---|
| 1 | Travelers Insurance Documents, Itemized losses for structure, Floor Plan and also Roof Plan |
| 2 | Plaintiffs documents pertaining to the replacement home in Snowflake, Arizona |
| 3 | Maricopa County Superior Court of Arizona Certified copy of Index of Record |
| 4 | Excerpt pages from Certified Transcript of Sentencing in Superior Court of Arizona and associated Psycho-physiological Evaluation and Treatment plan |
| 5 | Arizona Contractors License |
| 6 | Plaintiffs document titled "Jose Roman Estimates, Itemized List and Corrected Drawings using Travelers drawing template |
| 7 | Copy of U.S. Postal Service Certified Letter sent to Defendant on April 27, 2017 |
| 8 | Copies of Letters sent to Defendant via U. S. Postal Service |
| 9 | Copy of U. S. Postal Service returned letter; sent by Plaintiff to Defendant via U.S. Postal Service Certified Mail |
| 10 | Copy of letter sent by Plaintiff to Defendant via U.S. Postal Service Certified Mail |
| 11 | Letter from the Arizona Corporation Commission |
| 12 | Copy of Travelers letter to Jose Roman Jr. dated May 31, 2017 |

# **Exhibit 1**

**TRAVELERS**

| | | | |
|---|---|---|---|
| Customer: | JOSE ROMAN | Cell: | (623) 258-7300 |
| Property: | 4937 W PORTLAND ST | | |
| | TONOPAH, AZ 85354 | | |
| Home: | 4937 W PORTLAND ST | | |
| | TONOPAH, AZ 85354 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Burke Woolsey | | |
| Company: | THE TRAVELERS HOME AND MARINE INSURANCE COMPANY | | |
| Business: | BOX 173762 | Business: | (602) 618-2551 |
| | Denver, CO 80217-3762 | E-mail: | bwoolsey@travelers.com |

**Claim Number:** U7X9609001H   **Policy Number:** 0B2428984963556633 1   **Type of Loss:** Fire or removal
**Date of Loss:** 7/6/2013   **Date Completed:** 7/15/2013 8:04 AM   **Price List:** AZPHTX_JUL13

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $1,000.00 | $122,000.00 |
| Other Structures | $0.00 | $12,200.00 |
| Contents | $0.00 | $85,400.00 |

Dear JOSE ROMAN:

We have prepared an estimate of damages which will serve as the basis for our determination of benefits. Therefore, you and/or your contractor should review this estimate carefully and let us know immediately if you have any questions prior to beginning any work. A letter with an explanation of benefits and coverage will be provided to you separately.

Thank you for allowing us to be of service, and thank you for choosing THE TRAVELERS HOME AND MARINE INSURANCE COMPANY for your insurance needs. If you have any questions regarding this estimate or any aspect of your claim, please contact Burke Woolsey at (602) 618-2551.

*For more information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.*

000872

**TRAVELERS**

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
PL PROPERTY UNIT
P.O. BOX 173798
DENVER CO 80217-3798

JOSE ROMAN                                    JULY 15, 2013
47937 W PORTLAND ST
TONOPAH AZ 85354

Dear JOSE ROMAN

For your convenience, a return envelope is enclosed.

Please detach the address stub below and mail with your correspondence.

Sincerely,
BURKE WOOLSEY
TECHNICAL SPECIALIST
(602)618-2551

RTNSTUB1 060802        PLEASE ENSURE THAT ADDRESS AREA BELOW APPEARS IN ADDRESS AREA OF RETURN ENVELOPE

JOSE ROMAN
47937 W PORTLAND ST
TONOPAH AZ 85354

ATTN BURKE WOOLSEY
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
PL PROPERTY UNIT
P.O. BOX 173798
DENVER CO 90217-3798

FILE NUMBER:  292 FR U7X9609 K


**TRAVELERS**

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
PL PROPERTY UNIT
P.O. BOX 173798
DENVER CO 80217-3798

JOSE ROMAN                                          JULY 15, 2013
47937 W PORTLAND ST
TONOPAH AZ 85354

Insured:       JOSE ROMAN
Claim/File #:  292 FR U7X9609 K
Date of Loss:  07/06/13

Dear JOSE ROMAN

I have inspected the damages as reported in your recent claim. The actual cash value of the loss has been calculated as indicated below. We recommend that you show our estimate to your contractor, so that any difference can be resolved prior to the repairs being started. We may not be able to change our payment if we have not agreed to a change in advance. A copy of our estimate has been sent to you under separate cover.

Since you have a replacement cost policy, we will need a copy of the final bill to pay the depreciation withheld. If you are able to have the repairs done for less than our estimate, the final payment will be based upon that lower bill. An envelope is enclosed for your use in sending us a copy of the final bill.

| | |
|---|---|
| Replacement Cost Estimate: | 95,816.61 |
| Applicable Depreciation/Holdback: | 15,579.64 |
| Net Actual Cash Value of Loss: | 80,236.97 |
| Less Policy Deductible: | 1,000.00 |
| Check Attached: | 79,236.97 |

If you have any questions, please feel free to contact me at the number listed below. Thank you.

Sincerely,
BURKE WOOLSEY
TECHNICAL SPECIALIST
(602)618-2551
Enclosure

CWL003 050802



**TRAVELERS**

Patricia LaFleur
2401 West Peoria Ave. Suite 120
Phoenix AZ 85029
602-861-8723
877-801-9674 fax

August 9, 2013

Jose Roman
47937 W Portland St
Tonopah, AZ 85354

Claim number: U7X9609
Date of loss:   07/06/2013
Type of loss:  Fire
Underwritten by: The Travelers Home and Marine Insurance Company


Dear Mrs. Roman,

We have completed the investigation concerning the fire damage to your personal property. The claim has been settled a payment in the amount of $14,736.29 has been requested, payment will arrive under separate cover.

According to your policy provisions the claim was settled at (AVC) Actual Cash Value until the property is replaced.  Breakdown of payment is as listed below.

| | | |
|---|---|---|
| Replacement Cost | $ | 23,645.85 |
| recoverable depreciation | $ | 3909.56 |
| Actual Cash Value | $ | 19,736.29 |
| Less Advance | $ | 5000.00 |
| Net payment to insured | $ | 14,736.29 |
| | $ | |
| | $ | |

Your policy allows for "Cost to Replace" for like kind and quality of those items damaged. We will not be responsible for upgrades.  Upgrades can be made at your discretion; however, fair market value for the item will be reimbursed.

To obtain the replacement cost benefit under your policy of insurance please do the following.

1. Notify us <u>within 180 days of the loss date</u> of your repairs and/or replacement of damaged property, and

Page 2

2.  Confirm completion of repair or replacement by submitting invoices, receipts or other documentation to us.

We will then pay you the smaller of:

a.  The amount that exceeds what we have already paid you, if that amount was necessarily spent to repair or replace the damaged contents. Any policy deductible will be subtracted from the loss.

b.  Or $3,909.56 the amount previously held back.

Please feel free to contact with me with any questions 602-714-0472

Sincerely,

Patricia G Lafleur
The Travelers Home and Marine Insurance Company

**TRAVELERS**

---

*Symbols*
*✳ Fine as estimated*
*E - Error found*

## JOSE_ROMAN

JOSE_ROMAN

| | DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| | **DWELLING** | | | | | | |
| ✳ | 1. R&R Block - 6" x 8" x 16" - in place | 96.00 | SF | 7.13 | 684.48 | (32.14) | 652.34 |
| ✳ | 2. R&R Aluminum fence gate, 5'- 6' wide - 5' to 6' tall | 2.00 | EA | 541.05 | 1,082.10 | (214.75) | 867.35 |
| | **Dwelling Totals:** | | | | **1,766.58** | **246.89** | **1,519.69** |
| | **Total: JOSE_ROMAN** | | | | **1,766.58** | **246.89** | **1,519.69** |

### Main Level

Main Level

| | DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| | **DWELLING** | | | | | | |
| E | 3. R&R Truss - 4/12 slope | 756.00 | LF | 6.30 | 4,762.80 | (160.27) | 4,602.53 |
| E | 4. R&R Stud wall - 2" x 4" x 8' - 16" oc | 138.61 | LF | 14.73 | 2,041.73 | (75.35) | 1,966.38 |
| E | 5. R&R Stud wall - 2" x 4" x 8' - 24" oc | 121.97 | LF | 12.47 | 1,520.97 | (55.96) | 1,465.01 |
| ✳ | 6. R&R Exterior light fixture | 1.00 | EA | 81.68 | 81.68 | (22.00) | 59.68 |
| ✳ | 7. R&R Breaker panel - 200 amp | 1.00 | EA | 1,183.76 | 1,183.76 | (188.47) | 995.29 |
| ✳ | 8. R&R Meter base and main disconnect - 200 amp | 1.00 | EA | 396.41 | 396.41 | (72.04) | 324.37 |
| ✳ | 9. R&R Meter mast for overhead power - 2" conduit | 1.00 | EA | 418.32 | 418.32 | (22.20) | 396.12 |
| E | 10. R&R Batt insulation - 4" - R11 - unfaced batt | 1259.80 | SF | 0.56 | 705.49 | (20.16) | 685.33 |
| ✳ | 11. Final cleaning - construction - Residential | 1314.80 | SF | 0.18 | 236.66 | (0.00) | 236.66 |
| | **Dwelling Totals:** | | | | **11,347.82** | **616.45** | **10,731.37** |
| | **Total: Main Level** | | | | **11,347.82** | **616.45** | **10,731.37** |

TRAVELERS



**Bathroom**                                                                     **Height: 8'**

| | |
|---|---|
| 317.37 SF Walls | 73.84 SF Ceiling |
| 391.20 SF Walls & Ceiling | 73.84 SF Floor |
| 8.20 SY Flooring | 73.84 SF Floor |
| 39.67 LF Ceil. Perimeter | 39.67 LF Floor Perimeter |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | **Opens into HALLWAY** |
| Window | 4' X 4' | **Opens into Exterior** |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 12. R&R Fiberglass tub & shower combination | 1.00  EA | 829.37 | 829.37 | (92.87) | 736.50 |
| 13. Rough in plumbing - per fixture | 3.00  EA | 446.73 | 1,340.19 | (100.51) | 1,239.68 |
| 14. R&R Tub shower faucet | 1.00  EA | 278.33 | 278.33 | (78.51) | 199.82 |
| 15. R&R Toilet | 1.00  EA | 330.47 | 330.47 | (12.55) | 317.92 |
| 16. Toilet seat | 1.00  EA | 46.12 | 46.12 | (30.75) | 15.37 |
| 17. R&R Sink - single | 1.00  EA | 222.22 | 222.22 | (25.17) | 197.05 |
| 18. Sink faucet - Bathroom | 1.00  EA | 136.44 | 136.44 | (40.93) | 95.51 |
| 19. R&R Ductwork system - hot and cold air (per run) | 1.00  EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 20. R&R Bathroom ventilation fan | 1.00  EA | 84.80 | 84.80 | (43.85) | 40.95 |
| 21. R&R Recessed light fixture | 1.00  EA | 105.54 | 105.54 | (29.44) | 76.10 |
| 22. R&R Light bar - 4 lights - High grade | 1.00  EA | 186.55 | 186.55 | (51.98) | 134.57 |
| 23. R&R Light fixture | 1.00  EA | 55.36 | 55.36 | (14.95) | 40.41 |
| 24. R&R 110 volt copper wiring run and box - rough in only | 2.00  EA | 41.60 | 83.20 | (4.56) | 78.64 |
| 25. R&R 110 volt copper wiring run, box and switch | 2.00  EA | 52.83 | 105.66 | (5.91) | 99.75 |
| 26. R&R Ground fault interrupter (GFI) outlet | 1.00  EA | 32.92 | 32.92 | (17.95) | 14.97 |
| 27. R&R 110 volt copper wiring run, box and outlet | 2.00  EA | 52.82 | 105.64 | (5.91) | 99.73 |
| 28. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 1.00  EA | 293.47 | 293.47 | (92.82) | 200.65 |
| 29. R&R Interior door unit | 1.00  EA | 145.37 | 145.37 | (7.97) | 137.40 |
| 30. Door knob - interior | 1.00  EA | 35.48 | 35.48 | (10.64) | 24.84 |
| 31. Paint door slab only - 2 coats (per side) | 14.00  EA | 19.61 | 274.54 | (109.82) | 164.72 |
| 32. Paint door/window trim & jamb - 2 coats (per side) | 14.00  EA | 18.85 | 263.90 | (105.56) | 158.34 |
| 33. R&R 1/2" drywall - hung, taped, floated, ready for paint | 391.20  SF | 1.44 | 563.33 | (18.15) | 545.18 |
| 34. Seal prime then paint the walls and ceiling (2 coats) | 391.20  SF | 0.62 | 242.54 | (97.02) | 145.52 |

**TRAVELERS**

## CONTINUED - Bathroom

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 35. R&R Vanity | 5.00 | LF | 125.76 | 628.80 | (72.46) | 556.34 |
| 36. R&R Countertop - cultured (simulated) marble | 10.00 | SF | 39.48 | 394.80 | (115.92) | 278.88 |
| 37. R&R Mirror - 1/8" plate glass | 15.00 | SF | 8.10 | 121.50 | (0.00) | 121.50 |
| 38. R&R Window blind - PVC - 2" - 14.1 to 20 SF | 1.00 | EA | 93.84 | 93.84 | (78.44) | 15.40 |
| Dwelling Totals: | | | | 7,297.88 | 1,319.71 | 5,978.17 |
| Totals: Bathroom | | | | 7,297.88 | 1,319.71 | 5,978.17 |

**Patio**                                                                  **Height: 8'**

|  |  |
|---|---|
| 214.88 SF Walls | 207.27 SF Ceiling |
| 422.15 SF Walls & Ceiling | 207.27 SF Floor |
| 23.03 SY Flooring | 26.86 LF Floor Perimeter |
| 26.86 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 6' 10" X 8' | Opens into Exterior |
| Missing Wall | 18' 8" X 8' | Opens into Exterior |
| Missing Wall | 7' X 8' | Opens into Exterior |
| Window | 3' 1/16" X 4' | Opens into BEDROOM2 |
| Door | 3' X 6' 8" | Opens into LIVING_ROOM |
| Window | 4' X 4' | Opens into LIVING_ROOM |

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| DWELLING | | | | | | |
| 39. R&R Ductwork system - hot and cold air (per run) | 1.00 | EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 40. R&R Exterior light fixture | 1.00 | EA | 81.68 | 81.68 | (22.00) | 59.68 |
| 41. R&R 110 volt copper wiring run and box - rough in only | 1.00 | EA | 41.60 | 41.60 | (2.28) | 39.32 |
| 42. R&R 110 volt copper wiring run, box and switch | 1.00 | EA | 52.83 | 52.83 | (2.96) | 49.87 |
| 43. R&R 110 volt copper wiring run, box and outlet | 1.00 | EA | 52.82 | 52.82 | (2.96) | 49.86 |

7/15/2013            Page: 4

**TRAVELEPSJ**

### CONTINUED - Patio

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 44. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 1.00 EA | 293.47 | 293.47 | (92.82) | 200.65 |
| Dwelling Totals: | | | 819.90 | 178.09 | 641.81 |
| Totals: Patio | | | 819.90 | 178.09 | 641.81 |



| Hallway | | | Height: 8' |
|---|---|---|---|
| 298.21 SF Walls | | 57.48 SF Ceiling | |
| 355.69 SF Walls & Ceiling | | 57.48 SF Floor | |
| 6.39 SY Flooring | | 37.28 LF Floor Perimeter | |
| 37.28 LF Ceil. Perimeter | | | |

| Door | 2' 6" X 6' 8" | Opens into LAUNDRY_ROOM |
|---|---|---|
| Missing Wall | 5 3/4" X 8' | Opens into LIVING_ROOM |
| Missing Wall | 3' 5 15/16" X 8' | Opens into LIVING_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM2 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 45. R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 46. R&R Thermostat | 1.00 EA | 98.64 | 98.64 | (16.28) | 82.36 |
| 47. R&R Recessed light fixture | 2.00 EA | 105.54 | 211.08 | (58.88) | 152.20 |
| 48. R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 41.60 | 41.60 | (2.28) | 39.32 |
| 49. R&R 110 volt copper wiring run, box and switch | 1.00 EA | 52.83 | 52.83 | (2.96) | 49.87 |
| 50. R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 52.82 | 52.82 | (2.96) | 49.86 |
| 51. R&R Batt insulation - 10" - R30 - unfaced batt | 57.48 SF | 1.26 | 72.43 | (2.35) | 70.08 |
| 52. R&R Interior door unit | 3.00 EA | 145.37 | 436.11 | (23.92) | 412.19 |

7 15 2013                Page: 5

**TRAVELERS**

### CONTINUED - Hallway

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 53.  Door knob - interior | 3.00 | EA | 35.48 | 106.44 | (31.93) | 74.51 |
| 54.  Paint door slab only - 2 coats (per side) | 14.00 | EA | 19.61 | 274.54 | (109.82) | 164.72 |
| 55.  Paint door/window trim & jamb - 2 coats (per side) | 14.00 | EA | 18.85 | 263.90 | (105.56) | 158.34 |
| 56.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 355.69 | SF | 1.44 | 512.19 | (16.50) | 495.69 |
| 57.  Seal/prime then paint the walls and ceiling (2 coats) | 355.69 | SF | 0.62 | 220.53 | (88.21) | 132.32 |

| | | | | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| Dwelling Totals: | | | | 2,640.61 | 516.72 | 2,123.89 |
| Totals:  Hallway | | | | 2,640.61 | 516.72 | 2,123.89 |



**Bedroom**                                                                    **Height: 8'**

| | |
|---|---|
| 337.33 SF Walls | 96.62 SF Ceiling |
| 433.95 SF Walls & Ceiling | 96.62 SF Floor |
| 10.74 SY Flooring | 42.17 LF Floor Perimeter |
| 42.17 LF Ceil. Perimeter | |

| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
|---|---|---|
| Window | 4' X 4' | Opens into Exterior |



**Subroom: Closet (1)**                                                        **Height: 8'**

| | |
|---|---|
| 113.00 SF Walls | 10.15 SF Ceiling |
| 123.15 SF Walls & Ceiling | 10.15 SF Floor |
| 1.13 SY Flooring | 14.12 LF Floor Perimeter |
| 14.12 LF Ceil. Perimeter | |

| Door | 2' 6" X 6' 8" | Opens into BEDROOM |
|---|---|---|

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|

DWELLING

**TRAVELERS**

## CONTINUED - Bedroom

| | DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| ✳ | 58. R&R Ductwork system - hot and cold air (per run) | 1.00  EA | 297.50 | 297.50 | (55.07) | 242.43 |
| ✳ | 59. R&R Ceiling fan & light | 1.00  EA | 262.92 | 262.92 | (75.11) | 187.81 |
| ✳ | 60. R&R 110 volt copper wiring run and box - rough in only | 2.00  EA | 41.60 | 83.20 | (4.56) | 78.64 |
| ✳ | 61. R&R 110 volt copper wiring run, box and switch | 3.00  EA | 52.83 | 158.49 | (8.87) | 149.62 |
| ✳ | 62. R&R 110 volt copper wiring run, box and outlet | 4.00  EA | 52.82 | 211.28 | (11.82) | 199.46 |
| ✳ | 63. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 1.00  EA | 293.47 | 293.47 | (92.82) | 200.65 |
| ✳ | 64. R&R Batt insulation - 10" - R30 - unfaced batt | 106.77  SF | 1.26 | 134.53 | (4.36) | 130.17 |
| E | 65. R&R Bypass mirrored door set | 1.00  EA | 333.36 | 333.36 | (19.40) | 313.96 |
| ✳ | 66. R&R 1/2" drywall - hung, taped, floated, ready for paint | 557.10  SF | 1.44 | 802.23 | (25.85) | 776.38 |
| ✳ | 67. Seal/prime then paint the walls and ceiling (2 coats) | 557.10  SF | 0.62 | 345.40 | (138.16) | 207.24 |
| E | 68. R&R Window blind - PVC - 2" - 20.1 to 32 SF | 1.00  EA | 125.47 | 125.47 | (106.90) | 18.57 |
| | **Dwelling Totals:** | | | **3,047.85** | **542.92** | **2,504.93** |
| | **Totals:  Bedroom** | | | **3,047.85** | **542.92** | **2,504.93** |



**Laundry Room**                                                     **Height: 8'**

280.33  SF Walls                         74.95  SF Ceiling
355.28  SF Walls & Ceiling               74.95  SF Floor
8.33  SY Flooring                        35.04  LF Floor Perimeter
35.04  LF Ceil. Perimeter

| Door | | 2' 6" X 6' 8" | | Opens into HALLWAY | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | | QNTY | UNIT COST | RCV | DEPREC. | ACV |

DWELLING

**TRAVELERS**

### CONTINUED - Laundry Room

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 69.  Rough in plumbing - floor/laundry pan drain | 1.00 | EA | 147.42 | 147.42 | (11.06) | 136.36 |
| 70.  R&R Washing machine outlet box with valves | 1.00 | EA | 197.24 | 197.24 | (71.64) | 125.60 |
| 71.  Rough in plumbing - per fixture | 1.00 | EA | 446.73 | 446.73 | (33.50) | 413.23 |
| 72.  R&R Ductwork system - hot and cold air (per run) | 1.00 | EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 73.  R&R Clothes dryer vent - installed | 1.00 | EA | 52.23 | 52.23 | (9.78) | 42.45 |
| 74.  R&R Bathroom ventilation fan | 1.00 | EA | 84.80 | 84.80 | (43.85) | 40.95 |
| 75.  R&R Fluorescent light fixture | 1.00 | EA | 93.25 | 93.25 | (25.19) | 68.06 |
| 76.  R&R 110 volt copper wiring run and box - rough in only | 2.00 | EA | 41.60 | 83.20 | (4.56) | 78.64 |
| 77.  R&R 110 volt copper wiring run, box and switch | 2.00 | EA | 52.83 | 105.66 | (5.91) | 99.75 |
| 78.  R&R 220 volt copper wiring run, box and receptacle | 1.00 | EA | 121.76 | 121.76 | (7.01) | 114.75 |
| 79.  R&R Ground fault interrupter (GFI) outlet | 1.00 | EA | 32.92 | 32.92 | (17.95) | 14.97 |
| 80.  R&R 110 volt copper wiring run, box and outlet | 3.00 | EA | 52.82 | 158.46 | (8.87) | 149.59 |
| 81.  Water heater - 40 gallon - Electric - 9 yr | 1.00 | EA | 670.56 | 670.56 | (447.04) | 223.52 |
| 82.  R&R Batt insulation - 10" - R30 - unfaced batt | 74.95 | SF | 1.26 | 94.44 | (3.06) | 91.38 |
| 83.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 355.28 | SF | 1.44 | 511.60 | (16.48) | 495.12 |
| 84.  Seal/prime then paint the walls and ceiling (2 coats) | 355.28 | SF | 0.62 | 220.27 | (88.11) | 132.16 |
| Dwelling Totals: | | | | 3,318.04 | 849.08 | 2,468.96 |
| Totals:  Laundry Room | | | | 3,318.04 | 849.08 | 2,468.96 |

**TRAVELERS**



| | | | | |
|---|---|---|---|---|
| bedroom2 | | | | **Height: 8'** |

314.36 SF Walls  
403.97 SF Walls & Ceiling  
9.96 SY Flooring  
39.30 LF Ceil. Perimeter

89.61 SF Ceiling  
89.61 SF Floor  
39.30 LF Floor Perimeter

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | **Opens into HALLWAY** |
| Window | 3' 1/16" X 4' | **Opens into PATIO** |

**Subroom: Closet (1)**                             **Height: 8'**

133.87 SF Walls  
146.75 SF Walls & Ceiling  
1.43 SY Flooring  
16.73 LF Ceil. Perimeter

12.88 SF Ceiling  
12.88 SF Floor  
16.73 LF Floor Perimeter

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | **Opens into BEDROOM2** |

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 85. R&R Ductwork system - hot and cold air (per run) | 1.00 | EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 86. R&R Ceiling fan & light | 1.00 | EA | 262.92 | 262.92 | (75.11) | 187.81 |
| 87. R&R 110 volt copper wiring run and box - rough in only | 2.00 | EA | 41.60 | 83.20 | (4.56) | 78.64 |
| 88. R&R 110 volt copper wiring run, box and switch | 2.00 | EA | 52.83 | 105.66 | (5.91) | 99.75 |
| 89. R&R 110 volt copper wiring run, box and outlet | 4.00 | EA | 52.82 | 211.28 | (11.82) | 199.46 |
| 90. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 1.00 | EA | 293.47 | 293.47 | (92.82) | 200.65 |
| 91. R&R Batt insulation - 10" - R30 - unfaced batt | 102.49 | SF | 1.26 | 129.14 | (4.18) | 124.96 |
| 92. R&R Bypass mirrored door set | 1.00 | EA | 333.36 | 333.36 | (19.40) | 313.96 |
| 93. R&R 1/2" drywall - hung, taped, floated, ready for paint | 550.72 | SF | 1.44 | 793.04 | (25.55) | 767.49 |
| 94. Seal/prime then paint the walls and ceiling (2 coats) | 550.72 | SF | 0.62 | 341.45 | (136.58) | 204.87 |
| 95. R&R Window blind - PVC - 2" - 20.1 to 32 SF | 1.00 | EA | 125.47 | 125.47 | (106.90) | 18.57 |
| **Dwelling Totals:** | | | | **2,976.49** | **537.90** | **2,438.59** |
| **Totals: bedroom2** | | | | **2,976.49** | **537.90** | **2,438.59** |

7/15 2013          Page: 9

**TRAVELERS**

| Living Room | | | | | Height: 8' |
|---|---|---|---|---|---|

| 490.82 SF Walls | 325.61 SF Ceiling |
|---|---|
| 816.43 SF Walls & Ceiling | 325.61 SF Floor |
| 36.18 SY Flooring | 61.35 LF Floor Perimeter |
| 61.35 LF Ceil. Perimeter | |

| Door | 3' X 6' 8" | Opens into PATIO |
|---|---|---|
| Window | 4' X 4' | Opens into PATIO |
| Missing Wall | 3' 5 15/16" X 8' | Opens into HALLWAY |
| Missing Wall | 5 3/4" X 8' | Opens into HALLWAY |
| Window | 3' 2 1/4" X 4' | Opens into Exterior |
| Door | 3' X 6' 8" | Opens into Exterior |
| Window | 6' X 4' | Opens into Exterior |
| Window | 3' 2 1/4" X 4' | Opens into Exterior |
| Missing Wall | 8' 7/16" X 8' | Opens into KITCHEN |
| Missing Wall | 2' 11 5/8" X 8' | Opens into ROOM12 |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 96. R&R Ductwork system - hot and cold air (per run) | 2.00 EA | 297.50 | 595.00 | (110.13) | 484.87 |
| 97. R&R Ceiling fan & light | 1.00 EA | 262.92 | 262.92 | (75.11) | 187.81 |
| 98. R&R Light fixture | 2.00 EA | 55.36 | 110.72 | (29.89) | 80.83 |
| 99. R&R 110 volt copper wiring run and box - rough in only | 2.00 EA | 41.60 | 83.20 | (4.56) | 78.64 |
| 100. R&R 110 volt copper wiring run, box and switch | 4.00 EA | 52.83 | 211.32 | (11.82) | 199.50 |
| 101. R&R 110 volt copper wiring run, box and outlet | 6.00 EA | 52.82 | 316.92 | (17.73) | 299.19 |
| 102. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 2.00 EA | 293.47 | 586.94 | (185.63) | 401.31 |
| 103. R&R Aluminum window, horiz. slider 24-32 sf (2 pane) | 1.00 EA | 341.80 | 341.80 | (106.09) | 235.71 |
| 104. R&R Batt insulation - 10" - R30 - unfaced batt | 325.61 SF | 1.26 | 410.27 | (13.28) | 396.99 |
| 105. R&R Exterior door - metal - insulated - flush or panel style | 2.00 EA | 235.82 | 471.64 | (26.59) | 445.05 |
| 106. Door lockset & deadbolt - exterior | 2.00 EA | 80.95 | 161.90 | (48.57) | 113.33 |
| 107. Paint door slab only - 2 coats (per side) | 14.00 EA | 19.61 | 274.54 | (109.82) | 164.72 |
| 108. Paint door/window trim & jamb - 2 coats (per side) | 14.00 EA | 18.85 | 263.90 | (105.56) | 158.34 |
| 109. R&R 1/2" drywall - hung, taped, floated, ready for paint | 816.43 SF | 1.44 | 1,175.66 | (37.88) | 1,137.78 |

7/15/2013                    Page: 10

**TRAVELERS**

## CONTINUED - Living Room

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 110. Seal/prime then paint the walls and ceiling (2 coats) | 816.43 SF | 0.62 | 506.19 | (202.48) | 303.71 |
| 111. R&R Window blind - PVC - 2" - 20.1 to 32 SF | 2.00 EA | 125.47 | 250.94 | (213.80) | 37.14 |
| 112. R&R Window blind - PVC - 2" - 42.1 to 56 SF | 1.00 EA | 219.56 | 219.56 | (191.19) | 28.37 |
| Dwelling Totals: | | | 6,243.42 | 1,490.13 | 4,753.29 |
| Totals: Living Room | | | 6,243.42 | 1,490.13 | 4,753.29 |



**Master Bedroom**                                                        **Height: 8'**

| 442.59 SF Walls | 187.29 SF Ceiling |
| 629.88 SF Walls & Ceiling | 187.29 SF Floor |
| 20.81 SY Flooring | 55.32 LF Floor Perimeter |
| 55.32 LF Ceil. Perimeter | |

Window                              4' X 4'                **Opens into Exterior**



**Subroom: Hallway (1)**                                                  **Height: 8'**

| 83.28 SF Walls | 10.79 SF Ceiling |
| 94.07 SF Walls & Ceiling | 10.79 SF Floor |
| 1.20 SY Flooring | 10.41 LF Floor Perimeter |
| 10.41 LF Ceil. Perimeter | |

Door                                2' 6" X 6' 8"          **Opens into MASTER_BEDRO**
Missing Wall                        2' 11 5/8" X 8'        **Opens into LIVING_ROOM**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 113. R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 114. R&R Ceiling fan & light | 1.00 EA | 262.92 | 262.92 | (75.11) | 187.81 |

*TRAVELERS*

### CONTINUED - Master Bedroom

| | DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| ✳ | 115. R&R 110 volt copper wiring run and box - rough in only | 3.00 EA | 41.60 | 124.80 | (6.85) | 117.95 |
| ✳ | 116. R&R 110 volt copper wiring run, box and switch | 2.00 EA | 52.83 | 105.66 | (5.91) | 99.75 |
| ✳ | 117. R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 52.82 | 211.28 | (11.82) | 199.46 |
| E | 118. R&R Aluminum window, horiz. slider 12-23 sf (2 pane) | 1.00 EA | 293.47 | 293.47 | (92.82) | 200.65 |
| ✳ | 119. R&R Batt insulation - 10" - R30 - unfaced batt | 198.08 SF | 1.26 | 249.58 | (8.08) | 241.50 |
| ✳ | 120. R&R interior door unit | 1.00 EA | 145.37 | 145.37 | (7.97) | 137.40 |
| ✳ | 121. Door knob - interior | 1.00 EA | 35.48 | 35.48 | (10.64) | 24.84 |
| ✳ | 122. Paint door slab only - 2 coats (per side) | 14.00 EA | 19.61 | 274.54 | (109.82) | 164.72 |
| ✳ | 123. Paint door/window trim & jamb - 2 coats (per side) | 14.00 EA | 18.85 | 263.90 | (105.56) | 158.34 |
| ✳ | 124. R&R 1/2" drywall - hung, taped, floated, ready for paint | 723.95 SF | 1.44 | 1,042.49 | (33.59) | 1,008.90 |
| ✳ | 125. Seal/prime then paint the walls and ceiling (2 coats) | 723.95 SF | 0.62 | 448.85 | (179.54) | 269.31 |
| E | 126. R&R Window blind - PVC - 2" - 20.1 to 32 SF | 1.00 EA | 125.47 | 125.47 | (106.90) | 18.57 |

| | | | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | **3,881.31** | **809.68** | **3,071.63** |
| Totals:  Master Bedroom | | | **3,881.31** | **809.68** | **3,071.63** |



**Kitchen**                                                   **Height: 8'**

| | |
|---|---|
| 367.10 SF Walls | 168.30 SF Ceiling |
| 535.41 SF Walls & Ceiling | 168.30 SF Floor |
| 18.70 SY Flooring | 46.64 LF Floor Perimeter |
| 46.64 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 8' 7/16" X 8' | **Opens into LIVING_ROOM** |
| Window | 2' X 3' | **Opens into Exterior** |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|

**TRAVELERS**

CONTINUED - Kitchen

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| DWELLING | | | | | | |
| 127. R&R Sink - double | 1.00 | EA | 301.53 | 301.53 | (34.59) | 266.94 |
| 128. Rough in plumbing - per fixture | 1.00 | EA | 446.73 | 446.73 | (33.50) | 413.23 |
| 129. Sink faucet - Kitchen | 1.00 | EA | 164.45 | 164.45 | (65.78) | 98.67 |
| 130. Dishwasher connection | 1.00 | EA | 105.49 | 105.49 | (6.33) | 99.16 |
| 131. Garbage disposer | 1.00 | EA | 196.66 | 196.66 | (98.33) | 98.33 |
| 132. R&R Appliance water line - 1/4" | 1.00 | EA | 56.52 | 56.52 | (5.79) | 50.73 |
| 133. R&R Ductwork system - hot and cold air (per run) | 1.00 | EA | 297.50 | 297.50 | (55.07) | 242.43 |
| 134. R&R Recessed light fixture | 4.00 | EA | 105.54 | 422.16 | (117.76) | 304.40 |
| 135. R&R Fluorescent light fixture | 1.00 | EA | 93.25 | 93.25 | (25.19) | 68.06 |
| 136. R&R 110 volt copper wiring run and box - rough in only | 6.00 | EA | 41.60 | 249.60 | (13.69) | 235.91 |
| 137. R&R 110 volt copper wiring run, box and switch | 2.00 | EA | 52.83 | 105.66 | (5.91) | 99.75 |
| 138. R&R 220 volt copper wiring run, box and receptacle | 1.00 | EA | 121.76 | 121.76 | (7.01) | 114.75 |
| 139. R&R Ground fault interrupter (GFI) outlet | 1.00 | EA | 32.92 | 32.92 | (17.95) | 14.97 |
| 140. R&R 110 volt copper wiring run, box and outlet | 5.00 | EA | 52.82 | 264.10 | (14.78) | 249.32 |
| 141. R&R Dishwasher | 1.00 | EA | 576.78 | 576.78 | (372.64) | 204.14 |
| 142. R&R Range hood | 1.00 | EA | 168.38 | 168.38 | (68.58) | 99.80 |
| 143. R&R Microwave oven - over range w/built-in hood | 1.00 | EA | 434.58 | 434.58 | (276.41) | 158.17 |
| 144. R&R Range - slide in - electric | 1.00 | EA | 1,349.39 | 1,349.39 | (616.61) | 732.78 |
| 145. R&R Batt insulation - 10" - R30 - unfaced batt | 168.30 | SF | 1.26 | 212.06 | (6.87) | 205.19 |
| 146. R&R Aluminum window, horiz. slider 3-11 sf (2 pane) | 1.00 | EA | 168.63 | 168.63 | (51.20) | 117.43 |
| 147. R&R 1/2" drywall - hung, taped, floated, ready for paint | 535.41 | SF | 1.44 | 770.99 | (24.84) | 746.15 |
| 148. Seal/prime then paint the walls and ceiling (2 coats) | 535.41 | SF | 0.62 | 331.95 | (132.78) | 199.17 |
| 149. R&R Cabinetry - lower (base) units | 18.00 | LF | 163.11 | 2,935.98 | (341.54) | 2,594.44 |
| 150. R&R Cabinetry - upper (wall) units | 27.00 | LF | 116.12 | 3,135.24 | (360.06) | 2,775.18 |
| 151. R&R Countertop - post formed plastic laminate | 20.00 | LF | 44.10 | 882.00 | (330.72) | 551.28 |

**TRAVELERS**

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| E 152. R&R Window blind - PVC - 2" - 20.1 to 32 SF | 1.00 EA | 125.47 | 125.47 | (106.90) | 18.57 |
| Dwelling Totals: | | | 13,949.78 | 3,190.83 | 10,758.95 |
| Totals: Kitchen | | | 13,949.78 | 3,190.83 | 10,758.95 |
| Area Dwelling Total: | | | 55,523.10 | 10,051.51 | 45,471.59 |
| Totals: Main Level | | | 55,523.10 | 10,051.51 | 45,471.59 |

**Roof**

Roof

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 153. R&R Packaged air conditioning unit - 4 ton 13 SEER | 1.00 EA | 3,200.93 | 3,200.93 | (1,165.77) | 2,035.16 |
| Dwelling Totals: | | | 3,200.93 | 1,165.77 | 2,035.16 |
| Total: Roof | | | 3,200.93 | 1,165.77 | 2,035.16 |



**Roof1**

| | | |
|---|---|---|
| 1732.00 Surface Area | 17.32 Number of Squares | |
| 186.18 Total Perimeter Length | 15.93 Total Ridge Length | |
| 77.22 Total Hip Length | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 154. Remove Laminated - comp. shingle rfg. - w/ felt | 17.32 SQ | 43.57 | 754.63 | (0.00) | 754.63 |

7/15 2013          Page: 14

**TRAVELERS**

## CONTINUED - Roof1

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 155. Laminated - comp. shingle rfg. - w/ felt | 20.00 | SQ | 183.53 | 3,670.60 | (734.12) | 2,936.48 |
| 156. R&R Drip edge | 186.18 | LF | 1.63 | 303.47 | (45.00) | 258.47 |
| 157. R&R Flashing - pipe jack | 4.00 | EA | 27.67 | 110.68 | (15.76) | 94.92 |
| 158. R&R Sheathing - plywood - 1/2" CDX | 1732.00 | SF | 1.78 | 3,082.96 | (97.68) | 2,985.28 |
| 159. R&R Roof vent - turbine type | 4.00 | EA | 100.41 | 401.64 | (64.75) | 336.89 |
| 160. R&R Valley metal | 83.00 | LF | 3.96 | 328.68 | (50.80) | 277.88 |
| **Dwelling Totals:** | | | | **8,652.66** | **1,008.11** | **7,644.55** |
| **Totals: Roof1** | | | | **8,652.66** | **1,008.11** | **7,644.55** |
| **Area Dwelling Total:** | | | | **11,853.59** | **2,173.88** | **9,679.71** |
| **Totals: Roof** | | | | **11,853.59** | **2,173.88** | **9,679.71** |

### General

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| DWELLING | | | | | | |
| 161. Dumpster load - Approx. 40 yards. 7-8 tons of debris | 4.00 | EA | 525.99 | 2,103.96 | (0.00) | 2,103.96 |
| 162. Asbestos test fee - full service survey | 1.00 | EA | 475.00 | 475.00 | (0.00) | 475.00 |
| 163. Additional driving charge - per mile / per kilometre | 160.00 | EA | 0.57 | 91.20 | (0.00) | 91.20 |
| 164. Fuel surcharge | 1.00 | EA | 0.00 | 0.00 | (0.00) | 0.00 |
| 165. R&R Temporary fencing | 250.00 | LF | 5.39 | 1,347.50 | (0.00) | 1,347.50 |
| 166. Temporary power usage (per month) | 3.00 | MO | 109.36 | 328.08 | (0.00) | 328.08 |
| 167. R&R Temporary power - overhead hookup | 1.00 | EA | 442.98 | 442.98 | (0.00) | 442.98 |
| 168. Temporary toilet (per month) | 4.00 | MO | 132.63 | 530.52 | (0.00) | 530.52 |
| 169. General Demolition - per hour CLN UP AROUND PROPERTY | 16.00 | HR | 33.26 | 532.16 | (0.00) | 532.16 |
| **Dwelling Totals:** | | | | **5,851.40** | **0.00** | **5,851.40** |

7/15/2013                Page: 15

**TRAVELERS**

CONTINUED - General

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Totals: General | | | 5,851.40 | 0.00 | 5,851.40 |
| Area Dwelling Total: | | | 74,994.67 | 12,472.28 | 62,522.39 |
| Line Item Subtotals: JOSE_ROMAN | | | 74,994.67 | 12,472.28 | 62,522.39 |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim Cabinet | 103.78 |
| Carpenter - General Framer | 105.96 |
| Carpenter - Mechanic | 93.66 |
| Cleaning Technician | 64.28 |
| Drywall Installer Finisher | 163.20 |
| Electrician | 153.84 |
| Fencing Installer | 90.08 |
| Heating / A.C. Mechanic | 173.26 |
| Insulation Installer | 76.04 |
| Mason Brick Stone | 79.10 |
| Plumber | 191.74 |
| Painter | 91.94 |
| Roofer | 241.32 |
| Tile/Cultured Marble Installer | 83.18 |
| Total Adjustments for Base Service Charges: | 1,711.38 |

| Line Item Totals: JOSE_ROMAN | | | 76,706.05 | 12,472.28 | 64,233.77 |

**TRAVELERS**

## Grand Total Areas:

| | | |
|---|---|---|
| 3,393.15  SF Walls | 1,314.80  SF Ceiling | 4,707.94  SF Walls and Ceiling |
| 1,314.80  SF Floor | 146.09  SY Flooring | 424.89  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 424.89  LF Ceil. Perimeter |
| | | |
| 1,314.80  Floor Area | 1,409.96  Total Area | 3,393.15  Interior Wall Area |
| 1,427.63  Exterior Wall Area | 173.26  Exterior Perimeter of Walls | |
| | | |
| 1,732.00  Surface Area | 17.32  Number of Squares | 186.18  Total Perimeter Length |
| 15.93  Total Ridge Length | 77.22  Total Hip Length | |

**TRAVELERS**

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 74,994.67 |
| Total Adjustments for Base Service Charges | | | 1,711.38 |
| | | | |
| Subtotal | | | 76,706.05 |
| Overhead | @ | 10.0% | 7,670.65 |
| Profit | @ | 10.0% | 7,670.65 |
| Sales Tax Prime Cont | @ | 4.095% | 5,769.26 |
| | | | |
| **Replacement Cost Value** | | | **$95,816.61** |
| Less Depreciation | | | (15,579.64) |
| | | | |
| **Actual Cash Value** | | | **$80,236.97** |
| Less Deductible | | | (1,000.00) |
| | | | |
| **Net Claim** | | | **$79,236.97** |
| | | | |
| Total Recoverable Depreciation | | | 15,579.64 |
| | | | |
| **Net Claim if Depreciation is Recovered** | | | **$94,816.61** |

Burke Woolsey

TRAVELERS 

## Recap by Room

| | | |
|---|---:|---:|
| Estimate: JOSE_ROMAN | 1,766.58 | 2.30% |
| | | |
| Area: Main Level | 11,347.82 | 14.79% |
|     Bathroom | 7,297.88 | 9.51% |
|     Patio | 819.90 | 1.07% |
|     Hallway | 2,640.61 | 3.44% |
|     Bedroom | 3,047.85 | 3.97% |
|     Laundry Room | 3,318.04 | 4.33% |
|     bedroom2 | 2,976.49 | 3.88% |
|     Living Room | 6,243.42 | 8.14% |
|     Master Bedroom | 3,881.31 | 5.06% |
|     Kitchen | 13,949.78 | 18.19% |
| | | |
|     Area Subtotal:  Main Level | 55,523.10 | 72.38% |
| | | |
| Area: Roof | 3,200.93 | 4.17% |
|     Roof1 | 8,652.66 | 11.28% |
| | | |
|     Area Subtotal:  Roof | 11,853.59 | 15.45% |
|     General | 5,851.40 | 7.63% |
| | | |
| Subtotal of Areas | 74,994.67 | 97.77% |
| Base Service Charges | 1,711.38 | 2.23% |
| | | |
| Total | 76,706.05 | 100.00% |

 **TRAVELERS**

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| APPLIANCES | | | 2,714.45 | 1,438.36 | 1,276.09 |
| CABINETRY | | | 7,277.32 | 1,104.78 | 6,172.54 |
| CLEANING | | | 236.66 | | 236.66 |
| GENERAL DEMOLITION | | | 9,112.50 | | 9,112.50 |
| DOORS | | | 1,754.33 | 105.25 | 1,649.08 |
| DRYWALL | | | 4,971.51 | 198.84 | 4,772.67 |
| ELECTRICAL | | | 5,208.66 | 543.31 | 4,665.35 |
| PERMITS AND FEES | | | 566.20 | | 566.20 |
| FENCING | | | 1,073.76 | 214.75 | 859.01 |
| FINISH HARDWARE | | | 339.30 | 101.78 | 237.52 |
| FRAMING & ROUGH CARPENTRY | | | 7,289.51 | 291.58 | 6,997.93 |
| HEAT, VENT & AIR CONDITIONING | | | 6,152.03 | 1,830.22 | 4,321.81 |
| INSULATION | | | 1,558.28 | 62.34 | 1,495.94 |
| LIGHT FIXTURES | | | 2,325.74 | 697.72 | 1,628.02 |
| MASONRY | | | 535.68 | 32.14 | 503.54 |
| MARBLE - CULTURED OR NATURAL | | | 386.40 | 115.92 | 270.48 |
| MIRRORS & SHOWER DOORS | | | 118.65 | | 118.65 |
| PLUMBING | | | 5,530.66 | 1,084.73 | 4,445.93 |
| PAINTING | | | 4,810.94 | 1,924.40 | 2,886.54 |
| ROOFING | | | 7,141.18 | 1,008.11 | 6,133.07 |
| TEMPORARY REPAIRS | | | 2,457.62 | | 2,457.62 |
| WINDOWS - ALUMINUM | | | 2,421.03 | 807.02 | 1,614.01 |
| WINDOW TREATMENT | | | 1,012.26 | 911.03 | 101.23 |
| O&P Items Subtotal | | | 74,994.67 | 12,472.28 | 62,522.39 |
| Base Service Charges | | | 1,711.38 | | 1,711.38 |
| Overhead | @ | 10.0% | 7,670.65 | 1,247.25 | 6,423.40 |
| Profit | @ | 10.0% | 7,670.65 | 1,247.25 | 6,423.40 |
| Sales Tax Prime Cont | @ | 4.095% | 3,769.26 | 612.86 | 3,156.40 |
| Total | | | 95,816.61 | 15,579.64 | 80,236.97 |

Main Level



N
Main Level



# **Exhibit 2**

# LAWYERS TITLE OF ARIZONA, INC.

503 S Main Street, Suite A, Snowflake, AZ 85937

Phone: (928) 536-7778    Fax: (928) 536-6117

**Combined Closing Statement**

**Estimated**

**Escrow No:** 01832160 - 153 MBM        **Close Date:** 06/30/2015        **Proration Date:** 06/30/2015

**Buyer(s)/Borrower(s):** Stacy Roman

**Seller(s):**        Steven James Strand
                      Yolanda Strand

**Property:**        9070 Old School Bus Trail
                     Snowflake, AZ 85937

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | 225,000.00 | **TOTAL CONSIDERATION:** Total Consideration | 225,000.00 | |
| 201,000.00 | | **NEW AND EXISTING ENCUMBRANCES:** Seller Carryback from Strand, Steven James | | 201,000.00 |
| 364.00 | | **ESCROW CHARGES:** Escrow Fee to Lawyers Title of Arizona, Inc. | 364.00 | |
| | | **TITLE CHARGES:** Lenders Policy $201,000.00 to Lawyers Title of Arizona, Inc. | 100.00 | |
| 736.00 | | Owners Policy $225,000.00 to Lawyers Title of Arizona, Inc. | | |
| 32.50 | | Recording Service Fee to Lawyers Title of Arizona, Inc. | 32.50 | |
| | | **ADDITIONAL CHARGES:** 2014 County Taxes-Paid in full to Navajo (Seller POC 251.70) County Treasurer | | |
| 15.00 | | Well Transfer to Arizona Department of Water Re | 15.00 | |
| | | **PRORATIONS AND ADJUSTMENTS:** County Taxes from 1/1/2015 to 6/30/2015 based on the Annual amount of $250.70 | | 124.65 |
| 124.65 | | Paid Direct to seller | | 24,000.00 |
| 24,000.00 | | Paid Direct to seller | | |
| 226,272.15 | 225,000.00 | Sub Totals | 225,511.50 | 225,124.65 |
| | 1,272.15 | Balance Due From Seller        Balance Due From Buyer/Borrower | | 386.85 |
| 226,272.15 | 226,272.15 | Totals | 225,511.50 | 225,511.50 |

*Lawyers Title* (handwritten)

---

This statement is based on information available to the escrow holder as of the date this statement was prepared and the closing date shown above.  Actual amounts may change and/or vary depending on updated information received and the final closing date.

RECORDING REQUESTED BY:

Lawyers Title of Arizona, Inc.

AND WHEN RECORDED MAIL TO:

FIDELITY NATIONAL TITLE
60 E. RIO SALADO PARKWAY #1106
TEMPE, AZ 85281

ESCROW NO.:  01832160-153-MBM

2015-09982
Page 1 of 5
Requested By: Simplifile Lc E-Recording
Navajo County Recorder - Laura V. Sanchez
07-31-2015  01:21 PM  Recording Fee $25.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST

Date: June 10, 2015

TRUSTOR:  **Stacy Roman, a married woman as her sole and separate property**

TRUSTOR'S MAILING ADDRESS:          9070 Old School Bus Trail
                                                          Snowflake, AZ 85937

TRUSTEE:  LAWYERS TITLE OF ARIZONA, INC. , an Arizona Corporation
                    3131 E. Camelback Road., Suite 220, Phoenix, Arizona 85016

BENEFICIARY:  **Steven James Strand and Yolanda Strand, husband and wife,** ~~who were married to each other~~ ~~on February 18, 2011~~

BENEFICIARY'S ADDRESS:          PO Box 1442
                                                      Snowflake, AZ 85937

PROPERTY situated  in County of Navajo, State of Arizona, described as:

See Exhibit A attached hereto and made a part hereof.

THIS DEED OF TRUST is made between the Trustor, Trustee and Beneficiary named above.  Trustor irrevocably grants and conveys to Trustee in trust, with power of sale, the above-described real property and all buildings, improvements and fixtures located thereon or hereinafter erected thereon, together with the leases, rents, issues, profits, or income thereof, (all of which are hereinafter called "property income"); SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such property income; AND SUBJECT TO covenants, conditions, restrictions, rights-of-way, and easement of record.

THIS DEED OF TRUST IS MADE FOR THE PURPOSE OF SECURING:
     (A)  Performance of each agreement of Trustor herein contained.  (B)  Payment of the indebtedness evidenced by promissory note(s) of even date herewith, and any extension or renewal thereof, in the principal sum of **Two Hundred One Thousand Dollars And No Cents( $201,000.00 )** executed by Trustor in favor of Beneficiary or order.   (C) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note(s) reciting that they are secured by this Deed of Trust.

Initials:  _____  _____  _____  _____                    Initials:  _____  _____  _____  _____

Escrow No.: 01832160-153-MBM
Name of Document: Deed of Trust
Page 2

**TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:**

1.  To keep said property in good condition and repair;  not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged, or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefore; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon;  not to commit or permit waste thereof;  not to commit, suffer or permit any act upon said property in violation of law; and do all other acts which from the character or use of said property may be reasonably necessary.

2.  To provide, maintain, and deliver to Beneficiary fire insurance policies satisfactory to and with loss payable to Beneficiary.  The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at the option of Beneficiary, the entire amount of so collected or any part thereof may be released to Trustor.  Such application or release shall not cure or waive any default or notice of trustee's sale hereunder or invalidate any act done pursuant to such notice.

3.  To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee and to pay all costs and expenses of Beneficiary and Trustee, including cost of evidence of title and attorneys' fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear or be named and in any suit brought by Beneficiary to foreclose this Deed of Trust.

4.  To pay:  before delinquent, all taxes and assessments affecting said property;  when due, all encumbrances, charges and liens, with interest, on said property or any part thereof which appear to be prior or superior hereto;  all costs, fees and expenses of this Trust, including, without limiting the generality of the foregoing, the fees of Trustee for issuance of any Deed of Partial Release and Partial Reconveyance or Deed of Release and Full Reconveyance and all lawful charges, costs, and expenses in the event of reinstatement of, following default in, this Deed of Trust or the obligations secured hereby.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, without obligation to do so and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may:  make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee;  pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto;  and in exercising any such powers, pay necessary expenses, employ counsel, and pay counsel's reasonable fees.

5.  To pay immediately and without demand all sums expended by Beneficiary or Trustee pursuant to the provisions hereof, together with interest from the date of expenditure at the highest rate as is provided for in the note secured by this Deed of Trust.  Any amounts so paid by Beneficiary or Trustee shall become part of the debt secured by this Deed of Trust and a lien on said premises or shall become immediately due and payable at option of Beneficiary or Trustee.

**IT IS MUTUALLY AGREED:**

6.  That any award of damages in connection with any condemnation, or any such taking, or for injury to the property by reason of public use or for damages for private trespass or injury thereto, is assigned and shall be paid to Beneficiary as further security for all obligations secured hereby (reserving unto the Trustor, however, the right to sue therefor and for the ownership thereof subject to this Deed of Trust),  and, upon receipt of such moneys, Beneficiary may hold the same as such further security or apply or release the same in the same manner and with the same effect as above-provided for disposition of proceeds of fire or other insurance.

7.  That time is of the essence of this Deed of Trust, and that by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

8.  That at any time or from time to time, and without notice, upon written request of Beneficiary and presentation of this Deed of Trust and said note(s)  for endorsement, without liability therefor, without affecting the personal liability of any person for payment of the indebtedness secured hereby, without affecting the security hereof for the full amount secured hereby on all property remaining subject hereto and without the necessity that any sum representing the value

Initials: _____   _____   _____          Initials: _____   _____   _____   _____



Escrow No.: 01832160-153-MBM
Name of Document: Deed of Trust
Page 3

or any portion thereof of the property affected by the Trustee's action be credited on the indebtedness, the Trustee may: (a) release and reconvey all or any part of said property; (b) consent to the making and recording, or either, of any map or plat of the property or any part thereof:        (c) join in granting any easement thereon;  and (d) join in or consent to any extension agreement or any agreement subordinating the lien, encumbrance or charge hereof.

9.   That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed of Trust and said note(s)  to Trustee for cancellation, and upon payment of its fees, Trustee shall release and reconvey, without covenant or warranty, express or implied, the property then held hereunder.  The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof.  The grantee in such reconveyance may be described as "the person or persons legally entitled thereto".

10.   That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of this Trust, to collect the property income, reserving to Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such property income as it becomes due and payable.  Upon any such default, Beneficiary may at any time, without notice, either in person, by agent or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, sue for or otherwise collect such property income in his own name, including that past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorneys' fees, upon any indebtedness secured hereby and in such order as Beneficiary may determine.  The entering upon and taking possession of said property, the collection of such property income and the application thereof as aforesaid, shall not cure or waive any default or notice of Trustee's sale hereunder or invalidate any act done pursuant to such notice.

11.   That upon default by Trustor in the payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written notice thereof, setting forth the nature thereof, and of election to cause to be sold said property under this Deed of Trust.  Beneficiary also shall deposit with Trustee this Deed of Trust, said note(s)  and all documents evidencing expenditures secured hereby.

Trustee shall record and give notice of Trustee's sale and shall sell the property at public auction, all in the manner required by law.  Any persons, including Trustor, Trustee or Beneficiary, may purchase at such sale.  Trustee shall deliver to such purchaser its Deed conveying the property so sold, but without any covenant or warranty, express or implied.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale and reasonable attorney's fees, Trustee shall apply the proceeds of sale in the manner provided by law.  To the extent permitted by law, an action may be maintained by Beneficiary to recover a deficiency judgment for any balance due hereunder.

Beneficiary shall have the option to foreclose this Deed of Trust in the manner provided by law for the foreclosure of Mortgages on Real Property, including all amounts for cost and expense incident to such proceedings and reasonable attorneys fees.

12.   That Trustee may resign by mailing or delivering notice thereof to Beneficiary and Trustor.   Beneficiary may appoint a successor Trustee in the manner prescribed by law.  A successor Trustee herein shall, without conveyance for the predecessor Trustee, succeed to all the predecessor's title, estate, rights, powers and duties.

13.   The term Beneficiary shall mean the owner and holder of the note(s)  secured hereby, whether or not named as Beneficiary herein.  In this Deed of Trust, whenever the context so requires, the masculine gender includes the feminine and neuter, and the singular number includes the plural.

14.   That Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law.  Trustee is not obligated to notify any party hereto of a pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

15.   That the trust relationship created by this Deed of Trust is limited solely to the creation and enforcement of a security interest in real property.  All of Trustee's duties, whether fiduciary or otherwise, are strictly limited to those duties imposed by this instrument and A.R.S.  §33-801 et. seq., inclusive, and no additional duties, burdens or responsibilities are or shall be placed on Trustee.

Initials: _____  _____  _____  _____          Initials:   _____  _____  _____  _____

Escrow No.: 01832160-153-MBM
Name of Document: Deed of Trust
Page 4

16.  That this Deed of Trust applies to, inures to the benefit of and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns.

17.  It is understood and agreed by the parties hereto that the payor shall not assign or otherwise transfer any right, title or interest in or to these premises or this encumbrance during the life of this encumbrance, without the written consent of the payee to such assignment or transfer.  In the event of such assignment or transfer without written consent, all indebtedness secured by this encumbrance shall, at the option of the holder, become all due and payable. Lawyers Title of Arizona, Inc. shall have no liability and makes no representation as to the validity of enforceability of said clause.

BUYER:

_____
(Stacy Roman)

State of Arizona_____          } SS:
County of Navajo_____

On this ___ day of _____, 20__, before me personally appeared **Stacy Roman**   , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____ 3. 26 2019

(8/17/99)

MORGAN K BELONE
Notary Public - Arizona
Navajo County
My Comm. Expires Mar 26, 2019

Initials: _____  _____  _____  _____          Initials: _____  _____  _____  _____

Exhibit A

The West half of Parcel 48, according to Book 12 of Plats, page 4, records of Navajo County, Arizona, being a portion of Section 20, Township 14 North, Range 23 East, of the Gila and Salt River Base and Meridian, Navajo County, Arizona;

EXCEPT all oil, gas and minerals as reserved in Deed recorded in Docket 68, page 468, records of Navajo County, Arizona.

RECORDING REQUESTED BY
Lawyers Title of Arizona, Inc.

AND WHEN RECORDED MAIL TO:


STACY ROMAN
9070 OLD SCHOOL BUS TRAIL
SNOWFLAKE, AZ 85937


ESCROW NO.: 01832160 - 153 - MBM

```
Recorded Electronically
ID ___2015-09981___
County___Navajo___
Date_7-31-15_ Time_1:21PM_
BY LAWYERS TITLE OF ARIZONA
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Disclaimer Deed
## EXEMPT ARS 11-1134 B-3

WITNESSETH THIS DISCLAIMER DEED, made by

**Jose J. Roman, Jr., husband of Stacy Roman**

hereinafter called "the undersigned" to

**Stacy Roman, wife of Jose J. Roman, Jr.**

hereinafter called "the spouse;"

WHEREAS:

1.   The spouse has acquired title to the following described property situated in **Navajo** County, State of **ARIZONA**, to-wit:

**See Exhibit A attached hereto and made a part hereof.**


2.   The property above described is the sole and separate property of the spouse having been purchased with separate funds of the spouse.

3.   The undersigned has no present right, title, interest, claim or lien of any kind or nature whatsoever in, to or against said property.  This instrument shall also constitute a waiver, by the undersigned, in favor of any mortgagee, deed of trust beneficiary or deed of trust trustee of any right to file a declaration or claim of homestead affecting the above described property.

4.   This instrument is executed not for the purpose of making a gift to the spouse, but solely for the purpose of clearly showing of record that the undersigned has and claims no interest in and to said property, the undersigned expecting third persons to rely on this disclaimer.

Escrow No.: **01832160 - 153 - MBM**
Name of Document:  Disclaimer Deed
Page 2

NOW, THEREFORE, in consideration of the premises, the undersigned does hereby disclaim, remise, release and quitclaim unto the spouse and to the heirs and assigns of said spouse forever, all right, title, interest, claim and demand which the undersigned might appear to have in and to the above described property.

Dated: June 24, 2015

_Jose J. Roman, Jr._
Jose J. Roman, Jr.

State of <u>Arizona</u>
County of <u>Navajo</u>       } SS:

On <u>July 22nd</u>, 2015, before me personally appeared <u>Jose J. Roman, Jr.</u>, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: <u>9-26-17</u>

RACHEL L. MCCORMICK
Notary Public - Arizona
Navajo County
My Comm. Expires Sep 26, 2017

**Exhibit A**

**The West half of Parcel 48, according to Book 12 of Plats, page 4, records of Navajo County, Arizona, being a portion of Section 20, Township 14 North, Range 23 East, of the Gila and Salt River Base and Meridian, Navajo County, Arizona;**

**EXCEPT all oil, gas and minerals as reserved in Deed recorded in Docket 68, page 468, records of Navajo County, Arizona.**

**RECORDING REQUESTED BY**
Lawyers Title of Arizona, Inc.

**AND WHEN RECORDED MAIL TO:**

**STACY ROMAN**
**9070 OLD SCHOOL BUS TRAIL**
**SNOWFLAKE, AZ 85937**

ESCROW NO.:  **01832160 - 153 - MBM**

Recorded Electronically
ID _2015-09980_
County _Navajo_
Date _7-31-15_ Time _1:21 PM_
BY LAWYERS TITLE OF ARIZONA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**Steven James Strand and Yolanda Strand, husband and wife, who were married to eachother on February 10, 2011**

do/does hereby convey to
**Stacy Roman, a married woman as her sole and separate property**

the following real property situated in Navajo County, ARIZONA:

   **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:   Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: June 10, 2015

**Grantor(s):**

**SELLERS:**


_____          _____
**Steven James Strand**                           **Yolanda Strand**


State of <u>Arizona</u>
County of <u>Navajo</u>               } ss:

On <u>June 29</u>_____, 20<u>15</u>, before me personally appeared  <u>**Steven James Strand and Yolanda Strand**</u> ,
whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

MORGAN K BELONE
Notary Public - Arizona
Navajo County
My Comm. Expires Mar 26, 2019

_____
Notary Public
Commission Expires:  <u>3-26-2019</u>

**Exhibit A**

The West half of Parcel 48, according to Book 12 of Plats, page 4, records of Navajo County, Arizona, being a portion of Section 20, Township 14 North, Range 23 East, of the Gila and Salt River Base and Meridian, Navajo County, Arizona;

EXCEPT all oil, gas and minerals as reserved in Deed recorded in Docket 68, page 468, records of Navajo County, Arizona.

## AFFIDAVIT OF PROPERTY VALUE

**1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)**

Primary Parcel: **403-70-016B**

    BOOK   MAP   PARCEL   SPLIT

Does this sale include any parcels that are being split / divided?
Check one:   Yes ☐   No ✓

How many parcels, <u>other</u> than the Primary Parcel, are included in this sale? 0

Please list the additional parcels below (attach list if necessary):
(1) _____ (2) _____
(3) _____ (4) _____

**2. SELLER'S NAME AND ADDRESS:**

Steven James Strand

PO Box 1442

Snowflake, AZ 85937

**3. (a) BUYER'S NAME AND ADDRESS:**

Stacy Roman

9070 Old School Bus Trail

Snowflake, AZ 85937

(b) Are the Buyer and Seller related?  Yes ☐  No ✓
If Yes, state relationship:

**4. ADDRESS OF PROPERTY:**

9070 Old School Bus Trail

Snowflake, AZ 85937

**5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)**

Stacy Roman

Same as #4

_____

(b) Next tax payment due 1st ½ 2015

**6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box**

a. ☐ Vacant Land      f. ☐ Commercial or Industrial Use
b. ☑ Single Family Residence g. ☐ Agricultural
c. ☐ Condo or Townhouse   h. ☐ Mobile or Manufactured Home
                           ☐ Affixed  ☐ Not Affixed
d. ☐ 2-4 Plex          i. ☐ Other Use; Specify:
e. ☐ Apartment Building   _____

**7. RESIDENTIAL BUYER'S USE:** If you checked **b, c, d or h** in Item 6 above, please check one of the following:

a. ☐  To be used as a primary residence.
b. ☐  To be used as a vacation home or secondary residence.
c. ☐  To be rented to someone other than a "family member".

See reverse side for definition of a "primary residence, secondary residence" or "family member."

**8.** If you checked **e or f** in Item 6 above, indicate the number of units: _____
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

---

**FOR RECORDER'S USE ONLY**

**9. TYPE OF DEED OR INSTRUMENT (Check Only One Box)**
a. ☑ Warranty Deed      d. ☐ Contract or Agreement
b. ☐ Special Warranty Deed  e. ☐ Quit Claim Deed
c. ☐ Joint Tenancy Deed    f. ☐ Other: _____

**10. SALE PRICE:**     $      **225,000.00**

**11. DATE OF SALE (Numeric Digits):**  <u>06 / 15</u>
                                Month / Year

**12. DOWN PAYMENT**   $     **24,000.00**

**13. METHOD OF FINANCING:**
a. ☐ Cash (100% of Sale Price)  e. ☐ New loan(s) from
                                   financial institution:
b. ☐ Barter or trade        (1) ☐ Conventional
                                   (2) ☐ VA
c. ☐ Assumption of existing loan(s) (3) ☐ FHA
                           f. ☐ Other financing; Specify:
d. ☑ Seller Loan (Carryback)    _____

**14. PERSONAL PROPERTY (see reverse side for definition):**
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐  No ☑
(b) If Yes, provide the dollar amount of the Personal Property:
    $ _____ 00  AND
briefly describe the Personal Property: _____

**15. PARTIAL INTEREST:** If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

**16. SOLAR / ENERGY EFFICIENT COMPONENTS:**
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more?  Yes ☐  No ☑
If Yes, briefly describe the solar / energy efficient components:
_____
_____

**17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):**
Steven James Strand
PO Box 1442  Snowflake, AZ 85937
_____

**18. LEGAL DESCRIPTION (attach copy if necessary):**
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

---

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent

State of Arizona , County of Navajo
Subscribed and sworn to before me on this 30 day of June 20 15
Notary Public
Notary Expiration Date 3.26.2019

Signature of Buyer / Agent

State of Arizona , County of Navajo
Subscribed and sworn to before me on this 30 day of June 20 15
Notary Public
Notary Expiration Date 3.26.2019

MORGAN K BELONE
Notary Public - Arizona
Navajo County
My Comm. Expires Mar 26, 2019

MORGAN K BELONE
Notary Public - Arizona
Navajo County
My Comm. Expires Mar 26, 2019

DOR FORM 82162 (10/20/5)                                          -APV03 ( Rev. 3/5/2014)

# EXHIBIT "A"
## Legal Description

The West half of Parcel 48, according to Book 12 of Plats, page 4, records of Navajo County, Arizona, being a portion of Section 20, Township 14 North, Range 23 East, of the Gila and Salt River Base and Meridian, Navajo County, Arizona;

EXCEPT all oil, gas and minerals as reserved in Deed recorded in Docket 68, page 468, records of Navajo County, Arizona.

# Exhibit 3



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

| No. | Document Name | Filed Date |
|-----|---------------|------------|
| 1. | DIRECT COMPLAINT | Jul. 3, 2013 |
| 2. | NOTICE OF SUPERVENING INDICTMENT | Jul. 9, 2013 |
| 3. | **ME: GJ NOT/SUPERVENING INDICTMENT [07/09/2013]** | **Jul. 9, 2013** |
| 4. | INDICTMENT | Jul. 9, 2013 |
| 5. | **ME: HEARING VACATED [07/11/2013]** | **Jul. 12, 2013** |
| 6. | NOTICE OF APPEARANCE | Jul. 16, 2013 |
| 7. | RELEASE ORDER | Jul. 17, 2013 |
| 8. | NOTICE OF APPEARANCE | Jul. 17, 2013 |
| 9. | **ME: NOT GUILTY ARRAIGNMENT [07/17/2013]** | **Jul. 22, 2013** |
| 10. | REQUEST FOR SIMPSON HEARING | Jul. 22, 2013 |
| 11. | STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE | Jul. 25, 2013 |
| 12. | STATE'S ALLEGATION OF AGGRAVATING CIRCUMSTANCES OTHER THAN PRIOR CONVICTIONS | Jul. 25, 2013 |
| 13. | STATE'S ALLEGATION OF MULTIPLE OFFENSES NOT COMMITTED ON THE SAME OCCASION PURSUANT TO A.R.S. 13-702.02 | Jul. 25, 2013 |
| 14. | PHOTOCOPY COVERSHEET OF REPORTER'S TRANSCRIPT H.D. 07/09/2013 | Jul. 29, 2013 |
| 15. | MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS | Aug. 5, 2013 |
| 16. | ORDER FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS | Aug. 5, 2013 |
| 17. | RELEASE RECEIPT FOR OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS | Aug. 5, 2013 |
| 18. | RETURN RECEIPT FOR OFFICIAL COURT FILES, TRANSCRIPTS OR EXHIBITS | Aug. 6, 2013 |
| 19. | MOTION FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS, TAPES, OR EXHIBITS PURSUANT TO MARICOPA COUNTY LOCAL RULE 2.8(E) | Aug. 8, 2013 |
| 20. | ORDER FOR TEMPORARY REMOVAL OF OFFICIAL COURT FILES, TRANSCRIPTS, TAPES, OR EXHIBITS PURSUANT TO MARICOPA COUNTY LOCAL RULE 2.8(E) | Aug. 8, 2013 |



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

| No. | Document Name | Filed Date |
|---|---|---|
| 21. | RELEASE RECEIPT FOR OFFICIAL COURT FILES, TRANSCRIPTS, TAPES, OR EXHIBITS PURSUANT TO MARICOPA COUNTY LOCAL RULE 2.8(E) | Aug. 8, 2013 |
| 22. | RETURN RECEIPT FOR OFFICIAL COURT FILES, TRANSCRIPTS, TAPES, OR EXHIBITS PURSUANT TO MARICOPA COUNTY LOCAL RULE 2.8(E) | Aug. 13, 2013 |
| 23. | DISCOVERY REQUEST RE: REBUTTAL EVIDENCE | Aug. 20, 2013 |
| 24. | DEFENDANT'S RULE 15.2 DISCLOSURE STATEMENT | Aug. 20, 2013 |
| 25. | DISCOVERY REQUEST RE: PRIOR ACTS | Aug. 20, 2013 |
| 26. | MOTION TO WAIVE APPEARANCE | Aug. 29, 2013 |
| 27. | **ME: INITIAL PRETRIAL CONFERENCE [09/04/2013]** | **Sep. 6, 2013** |
| 28. | MOTION TO CONTINUE COMPLEX CASE SCHEDULING CONFERENCE | Oct. 18, 2013 |
| 29. | **ME: PRETRIAL CONFERENCE [10/22/2013]** | **Nov. 5, 2013** |
| 30. | **ME: ORDER ENTERED BY COURT [11/20/2013]** | **Nov. 21, 2013** |
| 31. | **ME: RULING [11/25/2013]** | **Nov. 26, 2013** |
| 32. | [PART 1 OF 3] PHOTOCOPY COVERSHEET OF SEALED DOCUMENTS (ORDER & MOTION RE: APPOINTMENT & PAYMENT OF EXPERT) | Nov. 29, 2013 |
| 33. | ***SEALED*** [PART 2 OF 3] ORIGINAL SEALED DOCUMENT (ORDER RE EX PARTE MOTION FOR APPOINTMENT AND PAYMENT TO EXPERT - FAMILY TRANSITION) | Nov. 29, 2013 |
| 34. | ***SEALED*** [PART 3 OF 3] ORIGINAL SEALED DOCUMENT (EX PARTE MOTION FOR APPOINTMENT OF FAMILY TRANSITIONS AND REQUEST TO SEAL) | Nov. 29, 2013 |
| 35. | RELEASE QUESTIONNAIRE | Dec. 27, 2013 |
| 36. | FINAL RELEASE ORDER AND ORDER REGARDING COUNSEL | Dec. 27, 2013 |
| 37. | **ME: PRETRIAL CONFERENCE [12/20/2013]** | **Jan. 7, 2014** |
| 38. | MOTION TO WAIVE APPEARANCE | Feb. 1, 2014 |
| 39. | **ME: ORDER ENTERED BY COURT [02/03/2014]** | **Feb. 5, 2014** |
| 40. | **ME: PRETRIAL CONFERENCE [02/05/2014]** | **Feb. 12, 2014** |
| 41. | MOTION TO CONTINUE FTMC AND TRIAL | Feb. 13, 2014 |



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

| No. | Document Name | Filed Date |
|-----|---------------|------------|
| 42. | **ME: TRIAL CONTINUANCE PAST ORIGINAL LAST DAY [02/24/2014]** | **Feb. 25, 2014** |
| 43. | ORDER RE: STILL AND ELECTRONIC CAMERAS | Feb. 28, 2014 |
| 44. | **ME: PRETRIAL CONFERENCE [04/09/2014]** | **Apr. 14, 2014** |
| 45. | **ME: PRETRIAL CONFERENCE [05/15/2014]** | **May. 23, 2014** |
| 46. | **ME: HEARING CONTINUED [06/13/2014]** | **Jun. 19, 2014** |
| 47. | **ME: HEARING CONTINUED [07/11/2014]** | **Jul. 23, 2014** |
| 48. | **ME: TRIAL SETTING [08/06/2014]** | **Aug. 19, 2014** |
| 49. | JOINT MOTION TO CONTINUE | Aug. 26, 2014 |
| 50. | **ME: HEARING CONTINUED [09/03/2014]** | **Sep. 5, 2014** |
| 51. | **ME: HEARING [09/12/2014]** | **Sep. 15, 2014** |
| 52. | MOTION TO VACATE CCMC | Sep. 22, 2014 |
| 53. | REQUEST FOR DISCOVERY | Sep. 25, 2014 |
| 54. | NOTICE OF APPEARANCE | Sep. 25, 2014 |
| 55. | STIPULATION FOR SUBSTITUTION OF COUNSEL | Sep. 26, 2014 |
| 56. | **ME: PRETRIAL CONFERENCE [09/25/2014]** | **Sep. 30, 2014** |
| 57. | PLEA AGREEMENT | Oct. 3, 2014 |
| 58. | **ME: CHANGE OF PLEA/PLEA AGREEMENT [10/03/2014]** | **Oct. 14, 2014** |
| 59. | **ME: SENTENCE/DISPOSITION RESET [11/03/2014]** | **Nov. 4, 2014** |
| 60. | MOTION TO CONTINUE SENTENCING | Dec. 11, 2014 |
| 61. | MOTION TO CONTINUE SENTENCING | Jan. 15, 2015 |
| 62. | **ME: SENTENCE/DISPOSITION RESET [01/02/2015]** | **Jan. 16, 2015** |
| 63. | **ME: SENTENCE/DISPOSITION RESET [01/16/2015]** | **Jan. 28, 2015** |
| 64. | [PART 1 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 65. | [PART 2 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 66. | [PART 3 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

| No. | Document Name | Filed Date |
|---|---|---|
| 67. | [PART 4 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 68. | [PART 5 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 69. | [PART 6 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 70. | [PART 7 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 71. | [PART 8 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 72. | [PART 9 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 73. | [PART 10 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 74. | [PART 11 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 75. | [PART 12 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 76. | [PART 13 OF 13] SENTENCING MEMORANDUM | Feb. 18, 2015 |
| 77. | UNIFORM CONDITIONS OF SUPERVISED PROBATION | Feb. 19, 2015 |
| 78. | UNIFORM CONDITIONS OF SUPERVISED PROBATION | Feb. 19, 2015 |
| 79. | PRESENTENCE INVESTIGATION | Feb. 19, 2015 |
| 80. | NOTICE OF RIGHTS OF REVIEW AFTER CONVICTION AND PROCEDURE | Feb. 19, 2015 |
| 81. | ORDER OF CONFINEMENT | Feb. 19, 2015 |
| 82. | **ME: SENTENCE - IMPRISONMENT AND PROBATION [02/19/2015]** | **Feb. 25, 2015** |
| 83. | MOTION TO WITHDRAW | Feb. 27, 2015 |
| 84. | **ME: WITHDRAWAL OF COUNSEL [03/04/2015]** | **Mar. 5, 2015** |
| 85. | NOTICE OF POST-CONVICTION RELIEF | Mar. 26, 2015 |
| 86. | **ME: RULE 32 PCR (GUILTY PLEA/NO CONTEST) [04/02/2015]** | **Apr. 6, 2015** |
| 87. | [PART 1 OF 2] NOTICE OF APPEARANCE | Apr. 10, 2015 |
| 88. | [PART 2 OF 2] NOTICE OF APPEARANCE | Apr. 10, 2015 |
| 89. | [PART 1 OF 2] NOTICE OF COMPLIANCE | Apr. 17, 2015 |
| 90. | [PART 2 OF 2] NOTICE OF COMPLIANCE | Apr. 17, 2015 |
| 91. | MOTION FOR PREPARATION OF RECORDS AND TRANSCRIPTS | May. 22, 2015 |



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

| No. | Document Name | Filed Date |
|-----|---------------|------------|
| 92. | **ME: CORRESPONDENCE RECEIVED BY COURT [06/08/2015]** | **Jun. 9, 2015** |
| 93. | ORIGINAL TRANSCRIPT OF PROCEEDING H.D. 02/19/2015 | Oct. 8, 2015 |
| 94. | ORIGINAL TRANSCRIPT OF PROCEEDING H.D. 10/03/2014 | Oct. 8, 2015 |
| 95. | ORIGINAL TRANSCRIPT OF PROCEEDING H.D. 09/12/2014 | Oct. 8, 2015 |
| 96. | **ME: ASSIGNMENT OF PCR [10/13/2015]** | **Oct. 14, 2015** |
| 97. | **ME: NUNC PRO TUNC ORDER [10/26/2015]** | **Oct. 27, 2015** |
| 98. | DEFENDANT'S MOTION TO EXTEND TIME TO FILE | Nov. 23, 2015 |
| 99. | **ME: PCR/EXT/TIME/FILING GRANTED [11/30/2015]** | **Dec. 1, 2015** |
| 100. | PETITION FOR POST CONVICTION RELIEF | Dec. 30, 2015 |
| 101. | **ME: ASSIGNMENT OF PCR [01/07/2016]** | **Jan. 8, 2016** |
| 102. | AZ DEPARTMENT OF PUBLIC SAFETY PCN ACTIVITY REPORT | Feb. 2, 2016 |
| 103. | SUPPLEMENTAL PETITION FOR POST CONVICTION RELIEF | Feb. 8, 2016 |
| 104. | **ME: ASSIGNMENT OF PCR [02/12/2016]** | **Feb. 16, 2016** |
| 105. | **ME: ASSIGNMENT OF PCR [02/17/2016]** | **Feb. 18, 2016** |
| 106. | PETITION FOR POST CONVICTION RELIEF AND CERTIFICATION OF JOSE JESUS ROMAN, JR. | Feb. 24, 2016 |
| 107. | RESPONSE TO PETITION FOR POST-CONVICTION RELIEF | Mar. 22, 2016 |
| 108. | **ME: ASSIGNMENT OF PCR [03/30/2016]** | **Mar. 31, 2016** |
| 109. | DEFENDANT'S REPLY TO STATE'S RESPONSE TO PETITION FOR POST-CONVICTION RELIEF | Apr. 13, 2016 |
| 110. | **ME: RULE 32 PCR ASSIGNMENT TO JUDGE FOR RULING [04/18/2016]** | **Apr. 19, 2016** |
| 111. | RETURNED MAIL | May. 4, 2016 |
| 112. | **ME: ASSIGNMENT OF PCR [05/05/2016]** | **May. 9, 2016** |
| 113. | NOTICE FOR PETITION FOR REVIEW - COURT OF APPEALS | Jun. 8, 2016 |
| 114. | COURT OF APPEALS ORDER | Jul. 14, 2016 |
| 115. | NOTICE - REVIEW OF PETITION FOR POST CONVICTION RELIEF | Jul. 18, 2016 |



1 CA-CR 16-0376 PRPC
STATE OF ARIZONA VS. ROMAN

# Electronic Index of Record
## MAR Case # CR2013-430684-001

APPEAL COUNT: 1

RE: CASE: 1 CA-CR 16-0376 PRPC

DUE DATE: 08/26/2016

CAPTION: STATE OF ARIZONA VS. ROMAN

EXHIBIT(S): NONE

LOCATION ONLY: NONE

SEALED DOCUMENT: ORIGINAL SEALED DOCUMENTS INCLUDED IN
INDEX OF RECORD

DEPOSITION(S): NONE

TRANSCRIPT(S): ORIGINAL TRANSCRIPTS INCLUDED IN INDEX OF
RECORD

COMPILED BY: lopezb005 on August 26, 2016; [2.4-12334.47]
\\coscsc2cft\c2cfiles\coscwm5634\CR2013-430684-001\Group_01

CERTIFICATION: I, MICHAEL K. JEANES, Clerk of the Superior Court of
Maricopa County, State of Arizona, do hereby certify that the above listed
Index of Record, corresponding electronic documents, and items denoted
to be transmitted manually constitute the record on appeal in the
above-entitled action.

The bracketed [date] following the minute entry title is the date of the
minute entry.

CONTACT INFO: Clerk of the Superior Court, Maricopa County, Appeals
Unit, 175 W Madison Ave, Phoenix, AZ 85003; 602-372-5375

# **Exhibit 4**

1          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2              IN AND FOR THE COUNTY OF MARICOPA

3

4    STATE OF ARIZONA,            )
                                  )
5              Plaintiff,         )    CASE NO. CR2013-430684-001 DT
                                  )
6    vs.                          )
                                  )
7    JOSE JESUS ROMAN, JR.,       )
                                  )
8              Defendant.         )    **SEALED**
     _____)

9

10              Maricopa County Superior Court
                     Phoenix, Arizona
11

12         BEFORE THE HONORABLE JEFFREY A. RUETER
                SUPERIOR COURT JUDGE PRO TEM
13

14    TRANSCRIPT RE: SENTENCE - IMPRISONMENT AND PROBATION

15

16

                      February 19, 2015
17                        3:08 p.m.

18

19

20

21

22

23

24   Transcript prepared by:

25   VERBATIM REPORTING & TRANSCRIPTION, LLC

CR2013-430684-001-DT  State of Arizona v. Jose Jesus Roman, Jr.  02/19/2015  Transcript
VERBATIM REPORTING & TRANSCRIPTION, LLC (520) 303-7346

1

1                        **A P P E A R A N C E S**

2    On Behalf of the State:

3         Sara Jaclyn Micflikier, Esq.
          Maricopa County Attorneys Office
4         301 West Jefferson Street
          Phoenix, Arizona   85003
5

6    On Behalf of the Defendant:

7         Todd E. Nolan, Esq.
          The Nolan Law Firm
8         1744 South Val Vista Drive
          Suite 210
9         Mesa, Arizona   85204

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1  remorseful.  I've considered his lack of criminal history.

 2  I've also considered not necessarily as a mitigating factor,

 3  I've considered the recommendation from the pre-sentence

 4  report writer and gave that weight as well.

 5        In the end, though, I do find that the aggravating

 6  factors are substantial and sufficient to call for a sentence

 7  slightly greater than the presumptive.  The judgment and

 8  sentence of the Court the Defendant will be imprisoned for

 9  greater than the presumptive of 18 years in the Department of

10  Corrections, with 598 days of pre-sentence incarceration

11  credit.

12        With respect to Counts III and XII, there is a

13  stipulation, a plea agreement for probation.  I do think that

14  is appropriate, both from a treatment standpoint, as well as

15  supervision and the community.  With respect to Counts III and

16  XII, it's the judgment of the Court that imposition of

17  sentence be suspended.  It is ordered placing the Defendant on

18  lifetime standard supervised probation that begins upon his

19  release from the Department of Corrections.  And Count II --

20        Sir, all your terms are going to be in writing.  I'm

21  going to cover a few of them with you.  You'll be responsible

22  for all of them.  You're to maintain a crime-free lifestyle.

23  Don't possess any weapons.  You need to report to the

24  probation department within 72 hours of your release from

25  incarceration, provide access to your residence, obtain

1    C E R T I F I C A T E

2        I, KIMBERLY C. McCRIGHT, CET, certified electronic

3    transcriber, do hereby certify that the foregoing pages 1

4    through 17 constitute a full, true, and accurate transcript

5    from electronic recording of the proceedings had in the

6    foregoing matter.

7        DATED this 17th day of March, 2015.

8

9                          /s/ Kimberly C. McCright
                           Kimberly C. McCright, CET
10                         Certified Electronic Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# *Family Transitions*

**2345 East Thomas Road, Suite 385, Phoenix, Arizona 85016**
**Phone: (602) 955-3429    Fax: (602) 955-3430**

## *Psychophysiological Evaluation and Treatment Plan*

| | |
|---|---|
| **Name:** | Jose "Joe" Roman |
| **Date of Birth:** | 12/28/1960 |
| **Social Security Number:** | 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 |
| **Age:** | 53 |
| **Referring Agent:** | Tracey Westerhausen, Attorney |
| **Examiners:** | Kristin Day-Hardwig, Psy.D. |
| **Date of Report:** | 01/06/2014 – 4/02/2014 |

**Methods of Examination:**
Examination materials consisted of:
Clinical Interview with Kristin Day-Hardwig, Psy.D. on 01/06/13, 02/06/2014 and 3/28/2014;
Shipley – 2;
Personality Assessment Inventory (PAI);
Multiphasic Sex Inventory – II (MSI II);
Abel Assessment for Sexual Interest (conducted by Amber LaMonte, Psy.D.); and The Static 2002-R.

Review of Collateral Information includes:
Maricopa County Sheriff's Department Police Report, DR# 13-088305;
Polygraph Examination conducted by Floyd Lawrence on 01/06/2014;
Polygraph Examination conducted by Floyd Lawrence on 02/26/2014.

**Identifying Information:**
Mr. Roman is a 53 year-old Hispanic male referred to this office for a psycho-physiological evaluation and risk assessment by his attorney, Tracey Westerhausen. Mr. Roman was arrested on 07/01/2013 for Sexual Conduct with a Minor. He has been in jail since the arrest.

**Purpose of Evaluation:**
Mr. Roman has been referred to Family Transitions for a comprehensive Psycho-physiological examination to evaluate his reliability as a self-reporter, determine his continuum of sexual interest, determine his level of risk for sexual and general recidivism, identify issues and concerns regarding his sexual behaviors, identify his strengths and amenability to treatment, and provide recommendations for his management, supervision and treatment if granted probation.

**Informed Consent:**
Mr. Roman was oriented to the evaluation process. He was informed of his rights pursuant to the HIPAA standards and signed the appropriate consent forms. Mr. Roman was advised of the purpose of the evaluation, the probable evaluation procedures, and the

**Recommendations:**
Based on the findings of this evaluation, the following recommendations are offered with respect to Mr. Roman's case.

*Recommendations for Community Supervision*
*The following recommendations are submitted in the event that Mr. Roman is released back into the community.*

1. Mr. Roman should be prohibited from any contact with minors under the age of 18 unless and until determined appropriate by his treatment and probation team.

2. Mr. Roman should be prohibited from viewing pornographic material or frequent locations such as adult bookstores, strip clubs, etc.

3. Mr. Roman should be restricted from using computers to engage in chat rooms or access pornography.

4. Mr. Roman should be referred for annual polygraph in order to monitor compliance with probation guidelines.

*Recommendations for Treatment*

5. Mr. Roman should be involved with a treatment program specifically designed to address his sexual patterns and offense behaviors.

6. It is recommended that Mr. Roman's wife, Stacy get involved in treatment in order to receive education about his sexual issues and in helping her to support her daughter through her healing process. Regardless of if she decides to remain in the marriage, it will be crucial that she become involved so that she can increase her knowledge of sexual offending and how Mr. Roman's behaviors have impacted the family as a whole. This will increase her ability to be a positive support person for Daisy and her other daughters.

7. Mr. Roman's treatment should have a focus on increasing his level of responsibility around not only his arresting offense behavior, but also the additional covert sex behaviors that have perpetuated the cycle. Distortions, justifications, minimizations, and denial should be challenged in a way that can bring resolution and promote a healthier mind-set. *Mr. Roman will need consistent support and challenge in this area as he is very prone to distort details and displace blame.*

8. Therapy should assist Mr. Roman in developing healthy thinking patterns that are consistent with his internal moral code that he will hopefully begin to develop.

9. Mr. Roman's treatment should assist him in identifying his use of masks as a way to manipulate, avoid, and control.

10. Mr. Roman's treatment should have a strong emphasis on victim impact and empathy, identifying not only his daughter but also his wife and other biological

and step children. Treatment should have a focus on appropriate emotional restitution without pressure for re-unification.

11. Mr. Roman's treatment should have an emphasis on positive and healthy intimacy based sexuality and boundary setting.

12. Mr. Roman should develop a relapse prevention program specific to his sexual behaviors including high risk situations and management plan. Here, there should be an emphasis on increasing positive coping.

13. Mr. Roman's treatment should have an intense focus on development of interpersonal, social and conflict resolution skills through interactive group therapy.

14. If concerns about Mr. Roman's cognitive functioning persist, it may be informative and useful to refer him for more extensive neurocognitive testing.

Thank you for this referral. If you have any questions or concerns regarding this report, please feel free to contact me at 602-955-3429.

Kristin Day-Hardwig, Psy.D.
Psychologist

Roman, 36

# **Exhibit 5**

# STATE OF ARIZONA

## Office of the
## Registrar of Contractors

*License No. ROC 207757*

*This is to certify that:*

Brick Craft Inc

*Having been shown to possess all the necessary qualifications, and having complied with all the requirements of the law, was by order of the Registrar of Contractors duly licensed and admitted to engage in and pursue the business of*

CR31 RESIDENTIAL AND COMMERCIAL MASONRY

*This Certificate is a reproduction of the Certificate originally issued on the 20th day of May, 2005 and is not intended to be an exact duplicate. Given my hand and the seal of the Registrar of Contractors in my office, City of Phoenix, on the 4th Day of March 2015*



DIRECTOR, ARIZONA REGISTRAR OF CONTRACTORS

Search Time:
**6/1/2017 7:57:35 PM**

File Number:
**11285649**

Corporation Name:
**BRICK CRAFT, INC.**

---

Corporate Status Inquiry

# This Corporation is in Good Standing

This information is provided as a courtesy and does not constitute legally binding information regarding the status of the entity listed above. To obtain an official Certificate indicating that the entity is in good standing click on Print Certificate and follow printing instructions. To re-print a previously generated Certificate of Good Standing click Reprint Certificate.

---

Print Certificate (/GoodStanding/PrintInstructions?corpId=%2011285649)    Reprint Certificate (/GoodStanding/Reprint?corpId=%2011285649)

Return to Corporate Details (/Details/Corp?corpId=%2011285649)

Contractor Information ROC207757 Brick Craft Inc CR31 DUAL 207757                    Page 1 of 1



**DISCLAIMER**

The data supplied below is based on your specific request(s) and is correct to the best of our knowledge as of the date and time it was extracted from our data files. The information is provided without personal research or analysis. The data is subject to change on a daily basis. You may obtain additional public records related to any licensee, including dismissed complaints and nondisciplinary actions and orders, by contacting the ROC directly. If this information is required for legal purposes, you may request an affidavit or certified copies for a fee as specified in A.R.S. 32-1104A3. Please read our Standard Disclaimer at www.azroc.gov/Legal/Disclaim.html

Please note: The company or individuals listed on this license may hold other Arizona contracting licenses. To view information, status and complaint history for the past two years on other licenses held, go to the License Inquiry page and do a "Company Name and Personnel" search by entering the name of the company or individuals listed on the license.

| Details for License Number 207757 (Wednesday, March 25, 2015 4:09:29 PM) | | | |
|---|---|---|---|
| **Contractor** | | **License** | |
| Name/ Address/ Phone | Status/ Action | Class \| Type \| Entity | Issued/Renewal |
| Brick Craft Inc<br>4234 N 48th Ave<br>Phoenix, AZ 85031-2310<br>Phone: (602) 430-6313 | CURRENT | CR31 \| DUAL \| CORPORATION | First Issued: 05/20/2005<br>Renewed Thru: 05/31/2015 |

License Class & Description   CR31 MASONRY

### Comments

● [SUSPENDED NON-RENEWAL 06/01/2009 – 05/11/2010] ● [SUSP 6/1/07 – 4/7/08 RENEWAL]

### Qualifying Party and Personnel

*The Qualifying Party listed below is associated with this license. All other persons named, if any, are associated with the company. They are not all necessarily associated with this license.*

| Name Jose Jesus Roman Jr | Name Stacy Lea Day Roman |
|---|---|
| Position QP/OFFICER        Qual. Date 05/20/2005 | Position OFFICER |

### Complaint Information

*Complaints against this contractor are listed below. Complaints that were cancelled, resolved or settled without a corrective work order or dismissed are not included. Contact the Registrar of Contractors at 602-542-1525 or toll-free statewide at 1-877-MY AZROC (1-877-692-9762) to identify the ROC office location you need to visit to view complete complaint documentation.*

| | | |
|---|---|---|
| Open: | 0 | This is the number of complaints against this contractor that are currently open except those in which an agency inspection has not occurred or a violation was not found. Upon adjudication some complaints are found to be without merit and are dismissed. |
| **Closed Cases** | | |
| Disciplined: | 0 | This is the number of complaints that resulted in discipline against this contractor. |
| Resolved/Settled/<br>Withdrawn: | 0 | This is the number of complaints closed against this contractor that were resolved or settled by the contractor or withdrawn by the complainant after issuance of a corrective work order or formal citation. |
| Denied Access: | 0 | This is the number of complaints against this contractor that were closed without corrective work being performed because the contractor was denied access by the complainant. |
| Bankruptcy: | 0 | This is the number of complaints against this contractor that were closed because the contractor is in bankruptcy. |

### Bond [ 1 ] Information

| Number | Effective | Amount | Paid | Available | Company | Notes |
|---|---|---|---|---|---|---|
| RSB114834 | 05/20/2005 | $2,500.00 | $0.00 | $2,500.00 | RLI INSURANCE COMPANY | |

# **Exhibit 6**

Jose Roman

ESTIMATES, ITEMIZED LIST

AND

CORRECTED   DRAWINGS

USING

TRAVELERS DRAWING templets



Main Level

Master Bedroom
Bedroom 1
Bedroom 2
} These 3 Had 3" Tall Base Board

Both Closets Had 12" Shelves w/1 1/4 Rods
5'0"X6'8" Bypass Doors
5'0" Vanity And Sink
Drywall Arch Opngs
4'0X5'0 2 Pane Window
5'0X4'0 2 Pane Window
40" Oval Fiberglass Tub w/Ceramic Tile Walls
9'0"X4'0" 2 Pane Window
Delete Door
Correct Door Location
Main Level

Corrected Floor Plan

6"x6"x7'0" Wood Posts
w/ Metal Connectors

6"x6"x7'0" Wood Posts
w/ Metal Connectors

20'0"x 6"x14" Glu Laminated Beam

8'0"x6"x14" Glu Laminated Beams

P1 (A)

P3 (C)

P4 (D)

P2 (B)

6"x14"x14'0 Glu Laminated Beam

Corrected Beam and Post Drawing

4'6"x14"x14'0"
Glu Laminated Beams

Symbol

— — — Missing Roof

5/12 Roof Slope/Pitch

Corrected Roof Drawing



Roof

2×6 "Rough sawn Fascia
1"×8" Rough Sawn Trim

Roof Trusses
2×6 "stud wall

1"×8" Trim

½" Siding
Soffit
w/6"×14"
Vents

Floor

C

TYPICAL

P1 (A)

P3 (C)

P2 (B)

P4 (D)

Symbol

⊙  6"×14" METAL VENT COVERS
TOTAL OF 17 VENT COVERS

CORRECTED ROOF OVERHANGE FASCIA
AND SOFFIT DRAWING

7/15/2013          Page:



Corrected EXTERIOR Wall DETAIL

Typical EXTERIOR Wall DETAIL

Main Level



4'0" BASE CABINET
4'0" WALL CABINET
4'0 LAMINET COUNTER

CORRECTED CABINET DRAWING

4'0" BASE CABINET
4'0" WALL CABINET
4'0" LAMINET COUNTER

Main Level



Corrected Electrical Drawing
45 Amp 240V Disconnect Box
Above Roof Sheathing
4 Quanity
Smoke Detector
Exterior GFI
Receptacle
Door Bell & power
Electrical Panel meter
3 way Switch
Door Bell
Ceiling Fan
Exterior GFI
Receptacle
Wrong side of home
Turn of 4 Receptacles
2 Receptacles on plant shelf X2 shelves
Main Level

EXHAUST FAN 4"
WASHER 2"
TOILET 3"
TUB 2"
RANGE 6"
KITCHEN 2"
SINK

F1 (A)
F3 (C)
F2 (B)
F4 (D)

↑
BURNT
LARGE MATURE
TREE

PLUMBING Roof VENTS
EXHAUST FAN ROOF JACKS

TOTAL
3 - 2" ROOF JACKS   1 - 4" ROOF JACK
1 - 6" ROOF JACK
1 - 3" ROOF JACK

4'0" Wall Cabinet
4'0" Base Cabinet
Corrected Cabinet Drawing
4'0 Laminate Counter
4'0" Wall Cabinet
4'0" Base Cabinet
Main Level

Main Level
2 Receptacles on plant shelf X 2 shelves
Total of 4 Receptacles
Ceiling Fan
Exterior GFI Receptacle
Door Bell
Wrong side of home
PANEL
3 way switch
Electric panel meter
Door Bell & power
Exterior GFI Receptacle
Smoke Detector
4 Quantity
Corrected Electrical Drawing
Above Roof Sheathing
45amp 240V Disconnect Box
Main Level

ERROR FOUND EXPLAINATION

#3 (A) TRUSS SLOPE IS 5/12 NOT 4/12. THIS
INCREASE COST of plywood AND TRUSS COST

(B) TRUSS HAS 2½/12 VAULTED CEILING for LIVING
ROOM ONLY A LENGTH OF APPX 20'6"

(C) PORCH AND "PATIO" HAS NO ROOF STRUCTURE INCLUDED
AND SHOWN ON roof DRAWING or IN ESTIMATED COST. THIS
INCLUDE COST OF plywood AND TRUSS COST

#4 (B) EXTERIOR WALL WERE 2"X6" STUD WALLS @16"CC, NOT 2"X4"
AS SHOWN

#5 (B) FIXED INTERIOR WALLS for LIVING room IS TO LOW for THE
VAULTED CEILING CAUSE WALLS TO RAISE from 8'6" TO 11'0"
ON BOTH LEFT AND RIGHT WALLS.

#10 (A) BAT INSULATION WAS R-17 for 6" WIDE STUD WALL NOT
R-11 for THE INCORRECT 4" WIDE STUD WALL.

#12 (A) 40" OVAL fiberglass TUB, However, TUB HAD CERAMIC
WALLS NOT FIBERGLASS

#23 (C) BLIND WAS WOOD NOT PVC AS LISTED

A

#44  (A)  Wood Blind  9'0" x 4'0"  Need to Be Added

(B)  Window was 9'0" x 4'0", Not 12-23 SQ.FT. As Listed

it is actually 36 SQ.FT.

#65  & 83  Pass Doors was 5'0" wide, Not Narrow as Shown

on Drawing

#68  (B)  Wood Blind, NOT PVC as Listed

#92 A  Pass Doors was 5'0" wide, Not Narrow as Shown

on Drawing

#95  (B)  Wood Blind, NOT PVC as Listed

#105  (B)  Aluminum Doors Shown and Listed using unit cost

is Extremely Low, The Doors I Had were glass oval at

Front Door and pane on Rear Door of Higher Quality

#109  A  Due to Vaulted Ceiling, been missed during estimate

by Travelers Insurance increase of S.F. From 816 SQFT

To 992 SQ.FT.  (Add 100 SQ.FT. Ceiling and 76 SQ.FT. Wall

#110  Same as 109, increase painting S.F. From 816 SQ.FT

To 992 SQ.FT.  (Same as #109)

B

#111 (E) Wood Blinds Not PVC As Listed

#112 (E) Wood Blinds Not PVC As Listed.

#118 (E) Window was 5'0x4'0 Not 4'0x4'0 As Shown on Drawing

#122 Blind Size Need To Be increased per #118 Blind was wood Not PVC As Listed

#149 48" Base Cabinet 4'0 wall Cabinet And 4' Laminat Counter was missing located in the Left Corner Next To master Bedroom Hall

#152 wood Blind, Not PVC As Listed

#157 Roof Jacks Shown is incorrect. 6 Are The Correct Total (See Correct Plumbing Roof Vent Drawing)

#158 1/2 CDX Sheating plywood Quantity Is incorrect for Porch And Patios were Not included by The Traveler Estimator. (Please recalculate See Correct Roof Drawing Provided).

# Items Needing to Be given A

Description Numbers and included in Estimated Costs

1000 - Add Cost For additional Trusses & Walled
For Number 3

1001 - Add Cost For all Exterior walls having
1/2" CDX Sheating, Applied To 2x6 Stud walls

1002 - Add Cost for all External walls having
Tyvek House wrap

1003 - Add Cost for all Exterior walls having
6" Ship Lap Cement Board Hardie Brand Siding

1004 - Add Cost for all Perimeter Having 1"x3" wood
Trim at Top were #1003 meets Soffit

1004 - Add Cost for 1"x4" wood Trim on The Exterior of
All Windows And Also Both Exterior Doors, and
2 piece Vertically at Every Inside Corner and
Every Outside Corner

1005 - Add Cost for Primer and also paint Entire
Exterior Walls

1006   ADD Cost for Soffit at all External overHangs

1007   ADD Cost for Roof Fascia and Trim wood for front
        of Roof Structure (See Corrected Roof overHang Drawing)

1008   ADD Cost for GLU Laminated Beams (see Correct
        Beam and Post Drawing).

1009   ADD Cost for Soffit Roof Vents (See Correct
        Roof overHang and Soffit vent Drawing)

1010   ADD Cost for 2 Area of Drywall Soffits
        4' x 4' = 16 SqFt x 2 = 32 SqFt of Drywall Soffit
        of missed area shown now on Corrected
        Roof Drawing.

1011   ADD Cost of Laundry Room 4'0 base cabinet,
        4'0 wall Cabinet and 4'0 Laminet Counter (see
        Correct Cabinet Drawing

1012   4 Receptacle 110V are not included THAT were
        Located about the 2 plant shelf's.

1013   3 way switch missing for Living Room Ceiling Fan
        ADD Cost (Also see Electrical Drawing)

1014 ADD Cost for 2 EXTERIOR GFT Receptacle outlets (SEE Electrical Drawing)

1015 Ceiling fan missing from Drawing for Front Porch please add cost

1016 Door Bell missing from Drawing & its power Source please add Cost.

1017 Add Cost for 4 smoke detectors

1018 Add Cost for GE appliance not included in Estimate UPRIGHT Freezer, washer and Dryer, GE Refrigator (SEE Correct Appliance Drawing)

1019 ADD Cost for Pre wire telephone and CABLE TV.

1020 Add Cost To replace House Number Sign
Appx $10.00

## OTHER Costs NOT included in ESTIMATE

1. Building Permit Fee & Review fees Appr $2000.⁰⁰

2. Septic tank Empty and Inspection        $ 400.00
   Required before a remodel permit can
   be issued

3. Architectural Drawings                  $ 3000.⁰⁰

4. Replace Damage /Burned tree             $ 200.00

5. Electrical Service Reconnect /          500.00
   Under ground wires to electrical panel
   from Power Pole pad located at Street.

# **Exhibit 7**

Jose Roman Jr. 298678

ASPC Kingman Huachuca Unit

P.O. Box 6639

Kingman, AZ 86402


April 27, 2017


The Travelers Home and Marine Insurance Company

P.O. Box 173762, Denver, Co. 80217-3762


Re: Policy   Jose Roman Jr.  No. OB2428984963556633 I

Claim # U7x9609001H and U7x9609


Certified Mail Article No. 7013 2250 0001 1932 6336


T. Travelers Insurance Manager


   I Have made Numerous Attempts To Resolve my

Fire Claim, The Reimbursement of Living Displacement Costs,

The shortage to The Actual Cash Value of loss as estimated.


   The Travelers Agent Has moved from The Travelers

office at 2401 West Peoria Ave suite 120 Phoenix AZ

85029. And my letters Have Been returned. I've also

Sent A Document To The Above listed Denver Colorado address

requesting Communication.  As of This Day NO Such

Communication Has occurred.  I Have Enclosed a

1

Copy of The special limited Power of attorney so That Travelers include it with my file. I ask that my fire claim gets Resolved and That my wife Stacy Roman or I Have Someone Communicate with us.

I Hope That This Can be resolved before June 15, 2017 For on This Date I will file a Civil Law suit in Superior Court of Arizona.

Please Forward a copy of This letter To your Legal Department To Serve as my Notice of Intent For file a civil action.

My wife, Stacy Roman Can Be Reached By telephone at # 928 229-0109, email Josty612@yahoo.com, or By mail at P.O. Box 813 Snowflake, AZ 85937.

Respectfully

J— Roman Jr

This letter was Sent Via: U.S. mail Certified Return Receipt

2

## SPECIAL LIMITED POWER OF ATTORNEY

The undersigned, one natural man known as _Jose Jesus Roman Jr._, as principal,
being an inhabitant on the land in the original jurisdiction of the State of _Arizona_, the
republic, does hereby designate _Stacy Day Roman_, as attorney in fact for the
principal, to act in the following capacity on behalf of the principal.

1. The attorney in fact shall have the limited power to sign the principal's name to certain
   documents as if the principal himself were signing on said documents. The documents, upon
   which the agent in fact shall have authority to sign the principal's name, are limited in scope to
   the following:
   _The Travelers Home and Marine Insurance Company_
   _Regarding Fire Loss Policy Numbers / Claim Number_
   _292 FR U7X9609K and U7X9609_

2. This special limited power of attorney shall become effective immediately and shall remain in
   effect until the documents are prepared or until revoked or terminated as specified in paragraph 3
   or extended as specified in paragraph 4.

3. This power of attorney may be revoked, suspended or terminated in writing by principal with
   written notice to the designated attorney in fact.

4. This power of attorney may be extended as necessary by written authorization of principal with
   written notice to the designated attorney in fact.

5. The designated and acting attorney in fact and all persons dealing with the attorney in fact shall
   be entitled to rely upon this power of attorney as long as the attorney in fact nor any person with
   whom he was dealing at the time of any act taken pursuant to this power of attorney, had received
   actual knowledge or actual notice of any revocation, suspension, or termination of the power of
   attorney by death or otherwise.  Any action so taken, unless otherwise invalid or unenforceable,
   shall be binding on the heirs, devisees, legatees or personal representatives of the principal.

6. The estate of the principal shall hold harmless and indemnify the attorney in fact from all liability
   for acts done in good faith and not in fraud of the principal.

7. The laws of the State of _Arizona_ shall govern this power of attorney.

This power of attorney is signed on the day _15_ of _November_, 20 _16_,
and to become effective as provided in paragraph 2.

_Signature_

_Jose Jesus Roman Jr._
**Print Name**

Nancy Crisali
Notary Public
Mohave County, Arizona
My Comm. Expires 09-11-2020

## NOTARIAL ACKNOWLEDGEMENT

State of _Arizona_

(Notary Seal)

County of _Mohave_

This instrument was acknowledged before me on this day _15_ of _November_, 20 _16_.

**NOTARY PUBLIC**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Ross Express Couriers   Date of Delivery |
| 1. Article Addressed to:<br><br>THE TRAVELERS HOME AND<br>MARINE INSURANCE COMPANY<br>P.O. BOX 173762<br>DENVER, COLORADO<br>80217-3762 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 03 2017<br><br>Deborah Cubbison |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1406 5329 1874 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7013 2250 0001 1932 4986 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



# **Exhibit 8**

Jose Roman Jr. 298678
ASPC Kingman Huachuca Unit
P.O. Box 6639
Kingman, AZ 86402

April 12, 2017

Travelers Insurance

PL Property Unit

P.O. Box 173762

Denver, Colorado 80217-3762

Re: Jose Roman Jr. Policy Holder
    Claim/File # 292 FR U7X9609K

Travelers, Manager

I am the policy holder whose home was destroyed by a fire on July 6, 2013.

In the month of August 2013 Burile Woosley technical specialist provided an on site inspection. He also provided a detailed itemization of loss to the structure, fence and related things. Enclosed is a copy of the documents provided by Travelers and the drawing with itemized replacement cost.

1 of 3

Please Look at The Itemized Documents. I wrote The
LETTER "E" "WHERE I found ERRORS. I Also wrote
AN ASTRIK "*" To The AREAS or Items I'm fine with.

I Enclosed A Description of These "E" items

I also Listed Item Numbers 1000's. These are the
missing items That Traveler Never provided an item number
for.

I ALSO USED A Sample Cloud View Floor plan and
Roof Framing Drawing To show items missing.

Much of The Roof Structural was missed By Traveler
plus all The exterior walls (wood)/framing siding etc.

plus more.

I am Requesting That Traveler AMENDED The
itemized Document AND Compensate me.

I Have Since That Another Home Built in Snow Flake,
AZ. For it was a better Choice. The Itemized List that I
Provide Surely Show That I Needed To Be Compensated more.

Please write to me at Dsrc Kingman therefore
UNIT on How to proceed. My wife is my Contractor paid
But She then Told me she's Child and Nobody this Referees

Her Call(s).

PLEASE WRITE TO ME AT

Jose Roman Jr.  298678
ASPC Kingman Huachuca Unit
P.O. Box 6639
Kingman, AZ 86402


Stacy Can Be Reached at
928 229-0109


Respectfully

Jo Roma


cc.

Traveler's Insurance
Patricia Laffeur
2401 W. Peoria Ave STE 120
Phoenix, AZ 85029


3 of 3

Jose Roman Jr. 298678

ASPC Kingman Huachuca Unit

P.O. Box 6639

Kingman, AZ 86402

APRIL 13, 2017

TRAVELERS INSURANCE

PROPERTY LOSS                    POLICY # OBZ42 8984963556633 I

P.O. Box 173762

Denver Co. 80217-3762

Enclosed is a photocopy of The Special Limited Power of Attorney That is to be used on my fire claim 292 FR U7X9609K.

Please include This Document with my Case so That my wife Stacy can help in Resolving my claim.

If The Document Needs to be Forward to your Legal Dept Then please do so.

Thank you

Respectfully

*[signature]*

## SPECIAL LIMITED POWER OF ATTORNEY

The undersigned, one natural man known as _Jose Jesus Roman Jr._____, as principal, being an inhabitant on the land in the original jurisdiction of the State of _Arizona_____, the republic, does hereby designate _Stacy Day Roman_____, as attorney in fact for the principal, to act in the following capacity on behalf of the principal.

1. The attorney in fact shall have the limited power to sign the principal's name to certain documents as if the principal himself were signing on said documents. The documents, upon which the agent in fact shall have authority to sign the principal's name, are limited in scope to the following:
_The Travelers Home and Marine Insurance Company_____
_Regarding Fire Loss / Policy Numbers / Claim Number_____
_292 FR U7X9609K  and  U7X9609_____

2. This special limited power of attorney shall become effective immediately and shall remain in effect until the documents are prepared or until revoked or terminated as specified in paragraph 3 or extended as specified in paragraph 4.

3. This power of attorney may be revoked, suspended or terminated in writing by principal with written notice to the designated attorney in fact.

4. This power of attorney may be extended as necessary by written authorization of principal with written notice to the designated attorney in fact.

5. The designated and acting attorney in fact and all persons dealing with the attorney in fact shall be entitled to rely upon this power of attorney as long as the attorney in fact nor any person with whom he was dealing at the time of any act taken pursuant to this power of attorney, had received actual knowledge or actual notice of any revocation, suspension, or termination of the power of attorney by death or otherwise. Any action so taken, unless otherwise invalid or unenforceable, shall be binding on the heirs, devisees, legatees or personal representatives of the principal.

6. The estate of the principal shall hold harmless and indemnify the attorney in fact from all liability for acts done in good faith and not in fraud of the principal.

7. The laws of the State of _Arizona_____ shall govern this power of attorney.

This power of attorney is signed on the day _15_ of _November_____, 20 _16_, and to become effective as provided in paragraph 2.


**Signature**

_Jose Jesus Roman Jr._____
**Print Name**

Nancy Crisali
Notary Public
Mohave County, Arizona
My Comm. Expires 09-11-2020

## NOTARIAL ACKNOWLEDGEMENT

State of _Arizona_____

County of _Mohave_____

(Notary Seal)

This instrument was acknowledged before me on this day _15_ of _November_, 20 _16_.

**NOTARY PUBLIC**

# **Exhibit 9**

Jose Roman Jr. 298678
ASPC Kingman  Huachuca Unit
P.O. Box 6639
Kingman, AZ 86402

April 12, 2017

Traveler's Insurance
Patricia Laffeur
2401 W. Peoria Ave. STE 120
Phoenix, AZ 85029

RE: Claim # 292 FR U7X9609K

Traveler's Agent Laffeur

I am the Policy Holder who's home was Destroyed by Fire on July 6, 2013.

My Wife and Children Along with our Large Horses Had to Relocate to a Rental Home and Animals to Boarding Sixty miles Away.

I Need to Obtain Reimbursement to the Rental Home Animal Boarding As permitted under The policy. It took 23 months For us to Replace The Home with a New Built. Our Rental Home was About $1,300 per month and Animal Boarding $500.00

1

Please provide me with a Response letter and tell me what I need to do to get reimbursed.

My wife is my point of Contact for I do not have Telephone or Internet access for I'm in a state Prison. Therefore, I need to Communicate By mail. I Being an inmate Am Limited on some simple Things so this is why it Has Taken years to resolve Things.

You can Contact my wife Stacy Roman at 928 229-0109. She said she left a message at your office months ago and you never called. Regardless, I want to Resolve This now.

Respectfully

Jim Roman Jr

CC.
TRAVELERS INSURANCE
PROPERTY UNIT (PL)
P.o. Box 173798
Denver Colorado 80217

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate _Jose Roman Jr._
ADC# _298678_
Arizona State Prison Complex _Kingman_
Unit _Huachuca_
_Po Box 6639_
City _Kingman_                    AZ _86402_

LAS VEGAS NV 890

14 APR 2017 PM 3 L



FOREVER

USA

TRAVELERS INSURANCE
AGENT PATRICIA LAFFEUR
2401 WEST PEORIA AVE STE. 120
PHOENIX, AZ 85029

NIXIE        850    4E 1        8604/22/17
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 86402663939    *0679-12617-14-43

# **Exhibit 10**

Jose Roman Jr   298678

Arizona State Prison Complex Kingman

Huachuca Unit   2C25L

P.O. Box 6639

Kingman, AZ  86402

May 8, 2017

The Travelers Home and Marine Insurance Co.

P.O. Box 173762

Denver, Colorado  80217-3762

Attention: Manager

Mail Delivery: U.S. Postal Service

Certified Mail No. 70132250000119327258

Re: Policy Holder Jose Roman Jr.

Policy No.   OB 2428984963556633 I

Claims: U7x9609001H  and  U7x9609

Travelers Manager,

On May 4, 2017 Travelers left a voice message with my wife Stacy Roman in response to a letter I sent to Travelers on April 27, 2017. I appreciate that Travelers responded to my letter and hope they would have performed a follow up call for my wife is able to speak for me, as my power of attorney, as it relates to these claim(s).

1

THE TELEPHONE MESSAGE BASICALLY RELAYED THAT TRAVELERS POSITION ON MY INSURANCE CLAIM HAS EXCEEDED A TWO YEAR STATUTE OF LIMITATIONS AND NOTHING FURTHER.

I NEED TO ADVISE TRAVELERS THAT THE TWO YEAR STATUTE OF LIMITATION IS NOT APPLICABLE TO MY INSURANCE CLAIM. IN FACT, IN MY SITUATION I AM AFFORDED RIGHTS UNDER TWO ARIZONA REVISED STATUTES ARS 12-550 GENERAL LIMITATIONS REGARDING REAL PROPERTY THAT HAS A 4 YEAR STATUTE OF LIMITATIONS AND ALSO ARS 12-528 PERSON UNDER DISABILITY. ARS 12-528 INVOLVES MEDICAL ISSUES THAT WILL BE DISCLOSED DURING DISCOVERY IN ACCORDANCE WITH ARIZONA RULES OF CIVIL PROCEDURES IN THE EVENT THIS INSURANCE CLAIM REQUIRES LEGAL REMEDIES.

I AGAIN ASK THAT TRAVELER'S COMMUNICATE WITH ME VIA MAIL OR WITH MY WIFE STACY WHO I COMMUNICATE WITH ON A DAILY BASIS.

I HEREBY REQUEST THAT TRAVELERS NEGOTIATE WITH ME ON MY CLAIM. I ASK THAT TWO FACTUAL AMOUNTS BE USED ON THE FIRE STRUCTURAL LOSS. THOSE AMOUNTS BEING THE $122,000.00 POLICY LIMIT AND ALSO THE NET ACTUAL CASH VALUE THAT HAS BEEN PAID IN THE AMOUNT OF $80,236.97. THE DIFFERENCE IN THE TWO ABOVE SUMS PROVIDE A SURPLUS SUM OF $41,763.30.

2

In prior writings I have disclosed numerous items that Travelers Technical Specialist Burke Woolsey unintentionally failed to include in the Traveler's Drawings and itemized list. The failure to include these structural items affected the Net Actual Cash Value amount thus causing a lessor sum than what should have actually been paid on the initial payment in 2013.

Travelers took several photographs of the structure that should corroborate my claim of the structural shortages. The front and rear porches had truss-style structures that created ridges and valley's. Additionally the exterior walls were constructed of 2x6 wood framing, sub ply wood exterior and 6" Harding ship lap (cement base) horizontal siding, a vaulted ceiling in the Living Room, 6"x12" glulam beams and 6"x6" posts that supported patio's roof structure.

Furthermore, my wife Stacy, our children and also horses were displaced for two years until we eventually replaced the home with a new built at the cost of $230,000. The displacement cost for a rental home of reasonable size came to $1,000.00 per month and in addition it cost $500.00 per month to board our horses. The home rental and horse boarding continued for 24 months until we occupied our new built home. I have no idea what the policy limits are for the Living/Rental Home and Animal Boarding (4 Horses) so I will need to rely on what's the

3

TYPICAL AMOUNTS PAID FOR THESE TYPES OF DISPLACEMENT.

I FURTHER ADVISED THAT THIS CLAIM NEEDS TO BE RESOLVE BEFORE JUNE 15, 2017 FOR THIS IS THE DATE I NEED TO FILE CIVIL LAWSUIT IN AN ARIZONA SUPERIOR COURT. PLEASE SEND STACY ROMAN AN EMAIL OR ME WRITTEN CORRESPONDENCE. STACY'S EMAIL ADDRESS IS Josty612 @yahoo.com. PHONE NUMBER IS 928 229-0109.

RESPECTFULLY

Jo Roman Jr

4

THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

and 3. Also complete
elivery is desired.
address on the reverse
so that we can ... the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X □ Agent
□ Addressee

B. Received by ( Printed Name ) **Pony Express Couriers** | C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No
MAY 16 2017

**Deborah Cubbison**

1. Article Addressed to:

THE TRAVELERS HOME AND
MARINE INSURANCE CO.
P.O. BOX 173762
DENVER, CO.
80217-3762

3. Service Type
☑ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7013 2250 0001 1932 7258

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOSE ROMAN JR. 298678
ASPC KINGMAN HUACHUCA UNIT
P.O. BOX 6639
KINGMAN, AZ 86402

# **<u>Exhibit 11</u>**

**COMMISSIONERS**
TOM FORESE ~ Chairman
BOB BURNS
DOUG LITTLE
ANDY TOBIN
BOYD DUNN



**TED VOGT**
Executive Director

**PATRICIA L. BARFIELD**
Director
Corporations Division

## ARIZONA CORPORATION COMMISSION

May 17, 2017

JOSE ROMAN JR. 298678
ARIZONA STATE PRISON KINGMAN
HUACHUCA UNIT 2C25L
P.O. BOX 6639
KINGMAN, AZ 86402
File:       <u>NONE EXISTANT</u>
Corp:     <u>THE TRAVELER HOME AND MARINE INSURANCE CO.</u>

YOUR RECENT REQUEST FOR INFORMATION IS BEING RETURNED FOR THE FOLLOWING REASON:

☐ 1.   Processing fee is required in advance. Please remit $ _____ with your request.

☐ 2.   Processing fee is insufficient. Please remit a total of $ _____ with your request.

☐ 3.   Check was not signed.

☒ 4.   No corporation by this name.

☐ 5.   No annual report has been filed.

☐ 6.   No amendment has been filed.

☐ 7.       Documents <u>filed after 11/01/82.</u> These filings are now stored on film and hard copies may be ordered
            at $.50 per page.

☐ 8.   Copies for Business corporations are .50 cents per page

☐ 9.   Copies for Limited Liability Companies (LLC'S)  are $5.00 per document set and 50 cents per each
         page in each document set .

☐ 10.  The statutory agent is incorrect, please recheck your records:

☐ 11.  Statutory agent signature required.

☐ 12.  The proper signature is required. Please have a duly authorized officer, member/manager sign
          the change form.

☒ 13.  Other: comments: <u>CORP. WAS NEVER REGISTERED WITH STATE OF ARIZONA. CORP.</u>
          <u>DOESN'T EXIST IN ARIZONA DOCUMENT FILES.</u>

Thank you,

<u>CARLOS RODRIGUEZ</u>
Customer Service Representative
Corporation Division - Arizona Corporation Commission
1300 West Washington, Phoenix, AZ. 85007
Phone: 602-542-3026

REC04
Rev 10/09

FISN
FILE!

Jose Roman Jr. 298678
Arizona State Prison Kingman
Huachuca Unit   2C25L
P.o. Box 6639
Kingman, AZ 86402

May 9, 2017.

Arizona Corporation Commission
1300 West Washington St.
Phoenix, AZ 85007-2929

RE:  THE TRAVELER HOME AND MARINE INSURANCE Co.
        P.o. Box 173702, Denver Colorado  80217
c/o
Patricia L. Barfield
Director, Corporations Division

  Director,

       I am in the Custody of The Arizona Department
of Corrections As shown Above. For this Reason, I do not
Have Internet Access or Access to Telephone Randomly.

       I write to The AZ Corporation today Requesting
A Print out of The Above Entity Details. Such As
File number, Corporate name Foreign Address, Statutory Agent
Information, officers and Directors and any Additional
Entity Information.

                    (1)

I will use the information to complete an Arizona Corporation Commission complaint form which I have already obtained from the prison library.

Perhaps my request requires a fee. I do ask that you consider waivering such fee as similarity done by other governmental agencies do. Given state confinement reasons and the fact it takes about a month to issue a money order thus delaying needs for I would have to utilize services from the states inmate banking.

The above requested will come directly to me and will be use solely for legal purpose and I will shred it.

Please send me the request public record as listed herein

Respectfully

Jai Roman Jr.

(2)

# **Exhibit 12**

The Travelers Home And Marine Insurance Company
P.O. Box 173798
Denver, CO 80217-3798

05/31/2017

**Jose Roman JR 298678**
**Arisona State Prison Kingman**
**Huachuca Unit**
**PO Box 6639 2c25L**
**Kingman AZ 86402**

| | |
|---|---|
| **Insured:** | Jose Roman |
| **Claim Number:** | U7X9609 |
| **Policy Number:** | 0B2428-984963556-633   -1 |
| **Date of Loss:** | 07/06/2013 |
| **Loss Location:** | 47937 W Portland St Tonopah AZ |

Dear Mr. Roman,

I am following up on our recent conversation about your claim. As we discussed, after researching this claim, The Standard Fire Insurance Company determined that the statutory limit has expired regarding this claim and we are no longer able to consider any supplement or additional claims.

You presented a claim for fire damage to the dwelling on 07/06/13. We inspected the damages with your wife on 07/07/13. Building and personal property settlements were finalized on 8/14/13. No additional information submitted by you or your power of attorney since this time.

The statute of limitation for an insured to either settle the claim or file litigation for property damage is two years per Ariz. Rev. Stat. § 12-542(3). Failure to settle a claim or file suit within two years results in the claim being time barred and cannot be presented.

Additionally, please reference your homeowners policy, HO-3 (06/06) with regards to filing suit:

SECTION I - CONDITIONS

. . .
9. Suit Against Us. No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

Your policy may have other terms, conditions and exclusions that apply to this claim. We do not waive any rights, including our right to deny coverage, for any other valid reason under the policy or at law.

This decision is based on the information and documentation we received during our research of this claim. If you are aware of any new or different information or documentation that might lead us to reconsider our decision, please contact me immediately.

If you have any questions, please contact me at (480)253-6757 or elschaub@travelers.com.



**CERTIFIED MAIL**

7017 0530 0000 3056 9695



**ARIZONA DEPARTMENT OF INSURANCE**
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269



UNITED STATES POSTAGE
PITNEY BOWES

0 2 1M
0004243156
MAILED FROM ZIP CODE 85007

$ 13.30°
JUL 11 2017

TRAVELERS HOME AND MARINE INS CO, THE
CORPORATION SERVICE CO
2338 W. ROYAL PALM RD., STE. J
PHOENIX, AZ 85021
CV201700334