WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Roman, Jr. and Stacy Roman, | No. CV-17-08151-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Travelers Home and Marine Insurance Company, Alan D Schnitzer, and Brian W MacLean, | |
| Defendants. | |

**I.  Motion for Default Judgment**

Pending before the Court is Plaintiff Jose Roman's motion for default judgment against Defendants Alan D. Schnitzer and Brian W. MacLean. (Doc. 25). First, the motion for default judgment is premature under Federal Rule of Civil Procedure 55(b) because default has not been entered under Rule 55(a).

Second, while Plaintiff Jose Roman has filed an affidavit claiming he served the individual Defendants by certified mail, Plaintiff has not filed a proof of service for either Defendant. As noted in the motion for default, Defendant Travelers has previously stated that the individual Defendants have not been served. Thus, if Plaintiff chooses to seek enter of default under Rule 55(a), he must provide the return certified mail receipts showing proof of service.

**II.  Rule 16 Scheduling Conference**

Additionally, the Court has set a Rule 16 scheduling conference for September 27,

2017. Because there is no proof of service, nor an appearance, for the two individual Defendants, the Court finds good cause to continue the Rule 16 conference. *See* Fed. R. Civ. Pro. 16(b)(2). Thus, the conference will be continued to November 8, 2017. If Plaintiff has not filed proof of service for the individual Defendants prior to this new Rule 16 conference, any non-served Defendant will be dismissed under Federal Rule of Civil Procedure 4(m). Further, the parties are required to file a new proposed case management plan (by October 27, 2017) that includes any newly served defendants, consistent with this Court's August 10, 2017 Order.

### III. Conclusion

Based on the foregoing,

**IT IS ORDERED** that the motion for default judgment (Doc. 25) is denied.

**IT IS FURTHER ORDERED** continuing the Rule 16 scheduling conference from September 27, 2017 to November 8, 2017 at 1:30 p.m. Plaintiff Jose Roman is still permitted to appear telephonically. All other counsel or pro se parties must appear in person.

Dated this 18th day of September, 2017.

James A. Teilborg
Senior United States District Judge