WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Roman, Jr., et al., | No. CV-17-08151-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Travelers Home and Marine Insurance Company, et al., | |
| Defendants. | |

Pending before the Court is Defendants Alan D. Schnitzer and Brian W. MacLean's motion to dismiss for failure to serve, and in the alternative motion to dismiss for lack of personal jurisdiction. (Doc. 28).[1] After this motion was filed, Plaintiffs filed a proof of service for each of these Defendants.[2] (Docs. 29 & 30). These proofs of serve show service on August 9, 2017. Defendants' motion to dismiss does not reference these proofs of service.

Because Defendants have answered, the Court will not default them. Because Plaintiffs have filed a proof of service for each Defendant, the Court will not dismiss for lack of service. Because the motion to dismiss for lack of personal jurisdiction is part of the motion to dismiss for lack of service, Defendants will have to re-file it as a its own

---

[1] Without waiving these defenses, these two Defendants have also answered. (Doc. 33).

[2] Service appears to be timely. *See* 28 U.S.C. § 1448; 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1137 (4th ed. 2015).

motion if they continue to assert the defense of lack of personal jurisdiction.[3]

Based on the foregoing,

**IT IS ORDERED** that the motion for default (Doc. 32) is denied;

**IT IS FURTHER ORDERED** that the motion to dismiss for lack of service (Doc. 28) is denied; the motion to dismiss for lack of personal jurisdiction (Doc. 28) is denied without prejudice to refiling within 7 days.

Dated this 4th day of October, 2017.

James A. Teilborg
Senior United States District Judge

---

[3] If Defendants re-file, Defendants should not conflate arguments that Plaintiffs may fail to state a claim or may fail on summary judgment (for example, that Defendants are shielded by Travelers' corporate form) with their personal jurisdiction arguments.