IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Roman Jr an individual, and Stacy Roman, spouse<br><br>Plaintiffs,<br><br>v.<br><br>The Travelers Home and Marine Insurance Company, et. al, Alan D. Schnitzer, Chief Executive Officer; Brian W. MacLean, President and Chief Operating Officer,<br><br>Defendants. | No. CV 17-08151-PCT-JAT<br><br>**ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

Pursuant to the Stipulation (Doc. 55) of the parties and good cause appearing,

**IT IS ORDERED** dismissing the above captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 13th day of December, 2017.

_____
James A. Teilborg
Senior United States District Judge